1  Robert D. Brugge, Bar No. 92532
   rdb@kpclegal.com
2  Barbara Ciolino, Bar No. 145730
   bcm@kpclegal.com
3  KNAPP, PETERSEN & CLARKE
   550 North Brand Boulevard, Suite 1500
4  Glendale, California 91203-1922
   Telephone:  (818) 547-5000
5  Facsimile:  (818) 547-5329

6  Attorneys for Plaintiff and Counter-defendant
   THE CITY OF ONTARIO

7

8                    UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

10

11  THE CITY OF ONTARIO, a California      )  NO.   5:20-cv-02279-JGB-SPx
    Municipality,                          )
12                                         )  Date:            June 28, 2021
                   Plaintiff,              )  Time:            9:00 a.m.
13                                         )  Ctrm:                       1
          v.                               )
14                                         )  The Hon.:        Jesus G. Bernal
    ALLIED WORLD ASSURANCE                 )  Date Action Filed:   October 30, 2020
15  COMPANY (U.S.), a Delaware             )  Trial Date:          July 12, 2022
    Corporation; SECURITY NATIONAL         )
16  INSURANCE COMPANY, a Delaware          )  THE CITY OF ONTARIO'S INDEX
    Corporation,                           )  OF ADDITIONAL EVIDENCE IN
17                                         )  SUPPORT OF ITS MOTION FOR
                   Defendants.             )  SUMMARY JUDGMENT OR
18  _____ )  PARTIAL SUMMARY JUDGMENT
                                           )  AGAINST ALLIED WORLD
19  ALLIED WORLD NATIONAL                  )  ASSURANCE CO. (U.S.)
    ASSURANCE COMPANY,                     )
20                                         )  [Filed concurrently with Notice of
                   Counter-claimant,       )  Motion; [Proposed] Separate
21                                         )  Statement of Uncontroverted Facts and
          v.                               )  Conclusions of Law; Joint Stipulation;
22                                         )  [Proposed] Judgment; [Proposed]
    THE CITY OF ONTARIO,                   )  Order]
23                                         )
                   Counter-defendant.      )
24  _____ )
                                           )
25  SECURITY NATIONAL INSURANCE            )
    COMPANY,                               )
26                                         )
                   Counterclaimant & Cross-)
27                 Claimant,               )
                                           )
28        v.                               )
                                           )

KNAPP,
PETERSEN
& CLARKE

4871662.1  06051/00002

1 | THE CITY OF ONTARIO )
2 |      Counterdefendant, )
3 | and ALLIED WORLD NATIONAL )
ASSURANCE COMPANY, )
4 | )
     Cross-defendant. )
5 | _____ )

6      Plaintiff, the City of Ontario, pursuant to this Court's Standing Order, rule 9

7 [Dkt. 30], submits its additional evidence in support of its Motion for Summary

8 Judgment or Partial Summary Judgment against Allied World Assurance Co. (U.S.)

9     **1.**    **Declaration of Antonio Alejos**

10      Exhibit 21: Accord form Certificate of Insurance dated August 12, 2016.

11      Exhibit 22: Permit No. E201501111.

12      Exhibit 23: Permit No. E201700150.

13     **2.**    **Declaration of Karen A. Feld**

14      Exhibit 24: June 22, 2018 letter from Travelers Property Casualty Company of

15 America in response to the tender.

16     **3.**    **Declaration of Robert D. Brugge**

17      Exhibit 25: June 10, 2020 letter from Travelers Property Casualty Company of

18 America.

19 Dated:  May 18, 2021          KNAPP, PETERSEN & CLARKE

20

21              By: _____

22                 Robert D. Brugge
                Barbara Ciolino

23                 Attorneys for Plaintiff and Counter-
                defendant THE CITY OF

24                 ONTARIO

25

26

27

28

**KNAPP,
PETERSEN
& CLARKE**

-2-

1  Robert D. Brugge, Bar No. 92532
   rdb@kpclegal.com
2  Barbara Ciolino, Bar No. 145730
   bcm@kpclegal.com
3  KNAPP, PETERSEN & CLARKE
   550 North Brand Boulevard, Suite 1500
4  Glendale, California 91203-1922
   Telephone:  (818) 547-5000
5  Facsimile:  (818) 547-5329

6  Attorneys for Plaintiff and Counter-defendant
   THE CITY OF ONTARIO

7

8                    UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

10

11  THE CITY OF ONTARIO, a California       )  NO.   5:20-cv-02279-JGB-SPx
    Municipality,                           )
12                                          )  Date:                        DATE
                 Plaintiff,                 )  Time:                        TIME
13                                          )  Ctrm:                        1
        v.                                  )
14                                          )  Judge:            Jesus G. Bernal
    ALLIED WORLD ASSURANCE                  )  Date Action Filed:   October 30, 2020
15  COMPANY (U.S.), a Delaware              )
    Corporation; SECURITY NATIONAL         )  DECLARATION OF ANTONIO
16  INSURANCE COMPANY, a Delaware          )  ALEJOS IN SUPPORT OF THE
    Corporation,                            )  CITY OF ONTARIO'S MOTION
17                                          )  FOR SUMMARY JUDGMENT OR
                 Defendants.                )  PARTIAL SUMMARY JUDGMENT
18  _____        )  AGAINST ALLIED WORLD
                                            )  ASSURANCE CO.
19  ALLIED WORLD NATIONAL                   )
    ASSURANCE COMPANY,                      )
20                                          )
                 Counter-claimant,          )
21                                          )
        v.                                  )
22                                          )
    THE CITY OF ONTARIO,                    )
23                                          )
                 Counter-defendant.         )
24  _____        )
                                            )
25  SECURITY NATIONAL INSURANCE             )
    COMPANY,                                )
26                                          )
                 Counterclaimant & Cross-   )
27               Claimant,                  )
                                            )
28      v.                                  )
                                            )

                            -1-

4766884.1  06051/00002

**KNAPP,
PETERSEN
& CLARKE**

THE CITY OF ONTARIO )
  )
Counterdefendant, )
  )
and ALLIED WORLD NATIONAL )
ASSURANCE COMPANY, )
  )
Cross-defendant. )
_____ )

I, Antonio Alejos, declare and state as follows:

1.  I am over the age of 18 years and make this declaration in support of the City of Ontario's ("the City") Motion for Summary Judgment or Partial Summary Judgment against Allied World Assurance Co., L.P. ("Allied World"). The following facts are within my personal knowledge, and if called as a witness, I could and would be qualified to testify thereto

2.  Currently, I am an Assistant Engineer for the City. I have held this position since approximately mid-2018.  Prior to that time, and during the relevant period, I was an Engineering Assistant for the City and had been since approximately mid- 2014.

3.  As part of my job responsibilities for the City as an Engineering Assistant, I reviewed encroachment permit applications to determine whether they comply with City ordinances.  The City had authorized me to issue permits if all conditions required by the City ordinances were met. Because I was authorized to issue encroachment permits on behalf of the City, I am familiar with the application process and the prerequisites for issuance of such permits.

4.  Permit applications must be made in accordance with City of Ontario Municipal Code Chapter 7-3.04, which authorizes the City Engineering Department to place conditions on the issuance of permits.  A pre-condition to the issuance of an encroachment permit, and one of which I am aware, is that the applicant agree to name the City as an additional insured under the applicant's liability insurance. Another pre-condition to issuance of an encroachment permit, and one that I am

KNAPP,
PETERSEN
& CLARKE

-2-

4766884.1  06051/00002

1 aware of, is that the applicant provide a certificate of insurance to show that it

2 obtained the insurance as agreed.

3    5.    I reviewed Exhibit 1 to the Joint Stipulation of Facts in Support of

4 Motions for Summary Judgment or Partial Summary Judgment by the City of

5 Ontario and Allied World National Assurance Company ("Joint Stipulation"),

6 Encroachment Permit No. E201600719 (the "Permit") that I approved and that bears

7 my signature. It was, and currently is, the City Engineers' regular business practice

8 to require Certificates of Insurance to be submitted with the application for the

9 permit unless one was already on file. I would not have issued the Permit without the

10 Accord form Certificate of Insurance, dated August 12, 2016, a true and correct copy

11 of which is attached hereto as Exhibit 21 (the "Certificate").  The Certificate was a

12 necessary condition to obtaining the Permit.

13    6.    The Certificate identified W.A. Rasic Construction Company, Inc.

14 ("Rasic") as the named insured under a general liability policy, DT22-CO-

15 8670X247-TCT-16, issued by Travelers Indemnity Company of Connecticut

16 ("Travelers") and effective May 1, 2016 to May 1, 2017 ("Travelers Policy.")  I can

17 further attest, based on my own recollection and my custom and practice, that Rasic

18 would provide to the City, not only the required Certificate of Insurance with the

19 application, but also a copy of Travelers' Contractor's Xtend Endorsement made part

20 of the Travelers' Policy, a true and correct copy of which can be found at pages 106 -

21 111 of Exhibit 6 to the Joint Stipulation.

22    7.    To further confirm the City's custom and practice, I have examined the

23 copies of other encroachment applications Rasic has made to the City which are kept

24 in the City's Engineering Department files. I reviewed the file associated with

25 Encroachment Permit No. E201501111, a permit that I also approved.   It contains

26 both a Certificate of Insurance, dated April 22, 2015, issued to Rasic as named

27 insured and identifying the City as certificate holder, *and* a copy of Travelers'

28 Contractor's Xtend Endorsement.  A true and correct copy Permit No. E201501111is

KNAPP, PETERSEN & CLARKE

-3-

4766884.1  06051/00002

1 | attached hereto as Exhibit 22.

2 |         8.     To further confirm the City's custom and practice, I have reviewed the

3 | file associated with Encroachment Permit E201700150 that the City issued to Rasic

4 | on March 7, 2017. This permit also contains both a Certificate of Insurance dated

5 | August 12, 2016 identifying the City as certificate holder, *and* a copy of Travelers'

6 | Contractor's Xtend Endorsement.  A true and correct copy Permit No. E201700150

7 | is attached hereto as Exhibit 23.

8 |        I declare under penalty of perjury that the foregoing is true and correct.

9 | Executed this 10th day of May, 2021, at Ontario, California.

10

11 |                                        Antonio Alejos

**KNAPP,
PETERSEN
& CLARKE**

-4-

4766884.1  06051/00002

EXHIBIT 21

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
8/12/2016

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Commercial Associates Insurance | PHONE (A/C, No, Ext): (714) 524-4949 | | FAX (A/C, No): (714) 524-6940 |
| 1594 N. Batavia Street | E-MAIL ADDRESS: | | |
| Orange, CA 92867 | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A: Travelers Indemnity Co of CT | | 25682 |
| INSURED | INSURER B: Travelers Prop Cas Co of Amer | | 25674 |
| W.A. Rasic Construction Co., Inc. | INSURER C: Allied World Assurance Co Inc. | | 19489 |
| 4150 Long Beach Blvd. | INSURER D: | | |
| Long Beach, CA 90807 | INSURER E: | | |
| | INSURER F: | | |

## COVERAGES          CERTIFICATE NUMBER:                     REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** X COMMERCIAL GENERAL LIABILITY CLAIMS-MADE X OCCUR X | X | | DT22-CO-8670X247-TCT-16 | 5/1/2016 | 5/1/2017 | EACH OCCURRENCE | $ 2,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 300,000 |
| | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: POLICY PRO- JECT LOC | | | | | | GENERAL AGGREGATE | $ 4,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 4,000,000 |
| | | | | | | | | $ |
| B | **AUTOMOBILE LIABILITY** X ANY AUTO ALL OWNED AUTOS SCHEDULED AUTOS HIRED AUTOS NON-OWNED AUTOS | | | DT-810-8670X247-TIL-16 | 5/1/2016 | 5/1/2017 | COMBINED SINGLE LIMIT (Ea accident) | $ 2,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | Uninsured motorist combined | $ |
| C | **UMBRELLA LIAB** X OCCUR **EXCESS LIAB** CLAIMS-MADE DED X RETENTION $ 5,000 | | | 0310-1155 | 5/1/2016 | 5/1/2017 | EACH OCCURRENCE | $ 25,000,000 |
| | | | | | | | AGGREGATE | $ 25,000,000 |
| | | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | WC STATU- TORY LIMITS OTH- ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
Re: Permit
Certificate holder is named additional insured where required by issuance of a permit as respects general liability per attached CGD316 11/11.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| City of Ontario 303 East B Street Ontario, CA 91764 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. AUTHORIZED REPRESENTATIVE |

ACORD 25 (2010/05)
INS025 (201005) 01

© 1988-2010 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

D WA Rasic00269

EXHIBIT 22



**City of Ontario**
**Engineering Department Encroachment Permit**

**Permit # : E201501111**

| | | | |
|---|---|---|---|
| Expiration Date : | 11/23/2016 | City Contract # : | |
| Date Issued : | 11/24/2015 | Land File Ref : | |
| Inspector : | | Billing Ref : | |
| Project Engineer : | | Billing Ref : | |

**Contractor's**
**License # :** 368761
**Job Site:** 2200 S HAVEN AV                                    **Parcel # :** 108315108

---

| | |
|---|---|
| **Description of Work:** | EMERGENCY 36" WATER MAIN REPAIR |

---

| | | |
|---|---|---|
| **Owner :** | leua | |
| **Applicant :** | Keith  Fouts | |
| **Contractor:** | W. A. RASIC CONSTRUCTION INC | Phone: (562) 928-6111 |
| | 4150 LONG BEACH BLVD | License Number: 368761 |
| | LONG BEACH, CA 90807 | |
| **Emergency Contact:** | W. A. RASIC CONSTRUCTION INC | |
| | John Pochler | |
| **Reference City Drawing:** | (310)-892-7720 | |

---

| Fee Description | Amount |
|---|---|
| Engr Inspect Fee | $534.91 |
| Encroachment Fee | $85.00 |
| Traffic Control Fee | $115.00 |
| **Total** | **$734.91** |

Upon payment of total charges shown above this document becomes a permit valid from 1 year from Date of Issuance.

---

* **Inspection Requests Call 909-395-2025**
* **24 Hour Advance Notice Must Be Given For Inspection -  Exclusive of Saturdays, Sundays and City Holidays (see attached sheets for permit for conditions  and provisions).** Prior to beginning any work, a pre-construction meeting is required. Failure to obtain approval before proceeding with work is cause for rejection.
* **Underground Service Alert (USA) - (1-800-227-2600)** Contractor is required to notify USA a minimum of 48 hours in advance of excavation.
* **Construction Water** - Shall not be taken from a fire hydrant unless a fire hydrant meter has been placed by  the Water Department (call 909-395-2078)
* **A Pre-Construction Meeting is required prior to any work being done.**

---

**Work to be Performed**

| | | | |
|---|---|---|---|
| ☐ Backflow/R. P. Device | ☐ Drive Approach | ☑ Pavement Replacement | ☐ Storm Drain |
| ☐ Boring | ☐ Dry Utility Trench | ☐ Sewer Lateral | ☐ Storm Water Quality Device |
| ☐ Communication | ☐ Fence in Right-of-Way | ☐ Sewer Main | ☐ Traffic Signal |
| ☐ Curb Core | ☐ Monitoring Manhole | ☐ Sidewalk | ☑ Water Main |
| ☐ Curb and Gutter | ☐ Parkway Drain | ☐ Street Light | ☐ Water Service |
| ☐ Drainage Connection | ☐ Parkway Landscaping | ☐ Signing/Striping | ☐ Other |

**Standard Provisions, Conditions, Requirements and Specifications**

### A. GENERAL

1.  This permit is not valid unless approved and signed by the Engineering Department authorized representative.  A copy of this permit shall be available at the work site at all times and presented upon request.

2.  Failure to commence work within 60 calendar days from the permit issuance date shall render the permit void, unless otherwise approved by the City Engineer.

3.  Failure to comply with any requirements, conditions or provisions contained within this permit may result in the issuance of a stop work order. The applicant may be required to immediately remove all equipment from the public right-of-way and restore all traffic to normal operation.

4.  The applicant shall remain responsible for satisfactory workmanship and material, for a minimum of one year after city acceptance of improvements authorized by this permit.

### B. LICENSING

1.  All contractors performing work under this permit shall have a current City of Ontario Business License.

2.  All contractors working in public right-of-way are required to be properly licensed by the State Licensing Board for the type of work undertaken. The following types of licenses for specific tasks listed below are acceptable to the City:

    - Class A - General Engineering Contracts (covering any or all construction work in Public Right-of-Way)
    - Class C-8 - Concrete Work (including curb/gutter, sidewalk, driveways, etc.)
    - Class C-10 - Electrical (General) for Signal and Street Lights
    - Class C-12 - Earthwork and Paving
    - Class C-27 - Landscaping in Public Right-of-Way
    - Class C-34 - Pipeline (Water) in Public Right-of-Way
    - Class C-42 - Pipeline (Sewer) in Public Right-of-Way

### C. INSURANCE AND LIABILITIES

1.  With respect to performance of work under this Permit, the applicant shall maintain and shall require its subcontractors, if any, to maintain Commercial General Liability insurance, or equivalent form, with a combined single limit of not less than $1,000,000 per occurrence.  Such insurance containing an aggregate shall: (1) include additional insured endorsement naming the City of Ontario, its officers, agents, representatives, employees, and volunteers as additional insured;( 2) be primary with respect to insurance or self-insurance program maintained by the City of Ontario; (3) contain standard separation of insured provisions; and (4) give the City of Ontario prompt and timely notice of any claim made or suit instituted arising out of the applicant's operation hereunder.  The applicant shall: (a) furnish properly executed certificate of insurance and additional insured endorsements to the City of Ontario prior to commencement of work under this Permit, which shall clearly evidence all coverages required above, provided that such insurance shall not materially changed or terminated except on 30 days prior written notice to the City of Ontario; (b) maintain such insurance from time work first commences until completion of the work under this permit; and (c) replace such certificates for policies expiring prior to completion of work under this Permit.

2.  The applicant shall save, keep, and hold harmless the City of Ontario, its officers or agents from all damages, costs or expenses in law or equity that may at any time arise or be set up because of damage to property, or of personal injury received by reason of or in the course of performing work authorized by this permit which may be occasioned by any act or omission of the applicant, his agents or employees.  The City will not be liable for any accident, loss, or damage to the work prior to its completion and acceptance.

### D. HOURS OF OPERATION

1.  The permitted construction work shall be limited to the hours of 7:00 a.m. to 4:00 p.m., Monday through Friday, excluding recognized City holidays.

2.  Except for emergencies, all traffic control shall be performed at hours shown on the traffic control permit which is generally limited to the hours of 8:30 a.m. to 3:30 p.m. for arterial and collector streets.

3.  Deviation from these hours may be approved, but require a minimum of 72 hours prior written request with sufficient explanation provided.

4.  Additional inspection fees will be required for work performed outside of the above stated hours.

### E. NOTIFICATIONS

1.  Whenever traffic is to be detoured, the closure dates and time shall be posted five (5) business days in advance of the closure.  Said posting shall be done per City's requirements or as directed by the City Engineer.

2.  Whenever traffic control impacts a school zone, public transit stop or facility, police or fire station, or other essential services facility, the applicant shall inform the said impacted facility a minimum of 72 hours in advance of the traffic control to coordinate its implementation.  The inspector shall be informed of such notification to ensure proper coordination with the said impacted facility. The implementation of traffic control may need to be delayed to coordinate with impacted facilities.

3.  Police and Fire departments shall be notified of any street closure a minimum of 24 hours prior to the closure.

4.  All public utility companies shall be notified prior to the start of any permitted work that may involve their facilities.  The cost of any required removal or relocation shall be the responsibility of the applicant.

5.* Whenever parking restrictions are required to implement traffic control, temporary "No Parking at Any Time" signs shall be posted at least 48 hours prior to the restriction. The inspector shall be immediately informed of such postings.

6. UNDERGROUND SERVICE ALERT (USA) of Southern California (Toll Free at 1-800-422-4133) shall be notified a minimum of 48 hours in advance of any digging.  The USA ticket number shall be provided to the inspector prior to the beginning of construction.

## F.  TRAFFIC CONTROL

1. All excavations and obstructions shall be safeguarded with barricades, lights, and/or other suitable safety devices as required by the Traffic Control permit.  If the required traffic control was not performed to safeguard the public, the City may place barricades and lights at the expense of the applicant in accordance with current City fee schedule.  Placement of safety devices by the City shall not relieve the applicant of liability.

2. Whenever pedestrian facilities are impacted by traffic control, alternate accessible walkways shall be provided.  Where it is necessary to divert the walkway into the shoulder or parking lane, said walkway shall be separated from any adjacent traffic lane by barricades and delineators. Where alternate walkways within the work zone cannot be provided, the impacted facility shall be detoured around the construction zone from the next closest intersections along an appropriate parallel route. Pedestrian walkways shall be inspected by City's inspector prior to opening to the public.

3. Whenever the traffic control involves a signalized intersection, an authorized City representative must be present at the time of implementing the traffic control to insure that the operation of the traffic signal is properly adjusted for the intended traffic control.

4. Whenever traffic signal detector loops are damaged as a result of permitted work in public right-of-way, the loops shall be promptly replaced and made functional within ten (10) business days of restoration of normal traffic operations.

5. Access to fire hydrants shall be maintained at all times.

6. The City reserves the right to modify the traffic control to ensure public safety in public right-of-way at all times.

## G.  EXCAVATION

1. All excavation shall be performed in full compliance with requirements of the State Department of Industrial Relations (DIR), Division of Occupational Safety and Health (Cal/OSHA).

2. All excavations greater than or equal to five (5) feet in depth require a permit from the Division of Industrial Safety (DIS).

## H.  CONSTRUCTION SPECIFICATIONS AND INSPECTION OF WORK

1. All work in the public right-of-way shall be done in strict conformance with the latest edition of City of Ontario Standard Specifications and Standard Drawings and Standard Specifications (Greenbook) and Standard Plans for Public Works Construction, unless otherwise approved by the City Engineer.  Failure to do so or completing any work which violates any City Code shall render the applicant ineligible to do any other work in the public right-of-way until all violations have been corrected to the satisfaction of the City Engineer.

2. Prior to commencement of any work covered by this permit, the applicant shall have a pre-construction meeting with City's inspector. Inspection requests shall be made a minimum of 24 hours prior to inspections.  Please refer to the Permit Number when calling for inspection.  Any work done without proper inspection may be rejected by the City.

3. Re-inspections required due to site or work not being ready for inspection when scheduled, or for the replacement of defective work, shall be done at the expense of the applicant in accordance with the current City fee schedule.

4. Whenever any pavement markings, signing, striping or any other existing devices belonging to the City of Ontario, by any means is damaged or rendered ineffective, they shall be repaired or replaced in accordance with current City Standards unless temporary measures are approved by the City Engineer.

## I.  WORK SITE CLEANUP

1. The applicant shall clean and sweep the project and adjacent areas at regular intervals and when requested by the City, as necessary to maintain the project area in a clean and orderly condition at all times to the satisfaction of the City Engineer.  Final cleanup, including the removal of all painted utility markings, shall take place within three (3) days after completion of the work.  If not, the City will remove it at the applicant's expense, including any call-out charges.

2. Final acceptance of any work shall not be given until construction debris and excess material is removed, and parkways are graded to conform to City's standards.

Permission is hereby requested to encroach into public right-of-way to perform work as set forth above. It is understood that this application is limited to the work described herein and that all work is to be done in compliance with the STANDARD SPECIFICATION FOR PUBLIC WORKS CONSTRUCTION and the provisions shown on this permit and with all other applicable rules, regulations and standards of the City; and that the permittee assumes full responsibility for said compliance, for acceptability of the work, and for repair or replacement thereof if defective, and for repair or replacement of any existing improvement damaged by the contractor doing the work. Permittee hereby declares that either he or the contractor hired by him to perform the work under this permit, shall have appropriate contractor's license required by the City and/or the applicable state law governing Contractor's licenses. A copy of license to be provided with encroachment permit  application.

12

## Special Conditions

| Condition | Comment |
|---|---|
| Encroachment Permit Conditions | Street trenching and pavement replacement including potholing area shall be completed in accordance with City Standard #1306. |
| | Damage to existing public improvements (within the public right-of-way) due to the construction/repair shall be replaced in accordance with City Standards. Improvements include but not limited to the following: parkway landscaping, irrigation, street trees, curb and gutter, driveway approach, utilities, pull boxes, meters, etc. |
| | Note: Damaged curb and gutter, driveway approaches and sidewalk must be replaced between score lines/joints. |

Signature of Applicant/Owner's Authorized Agent: _____

_____
(City Engineer or Authorized Representative)

# ENCROACHMENT PERMIT APPLICATION

In accordance with City of Ontario
Municipal Code Chapter 7-3.04.



**ENGINEERING DEPARTMENT**
303 East B Street, Ontario, CA 91764
T: (909) 395-2025, F: (909) 395-2122

## INSTRUCTIONS:

- Provide two (2) sets of plans, specifications, calculations, or drawings with this application, wherever applicable.
- Contractor(s) must provide Liability Insurance Certificate naming the City as additionally insured.
- Contractor(s) must possess a current Business License on file with the City.
- Allow for a minimum of three (3) business days to process this application.
- Provide a copy of an approved Caltrans permit for any proposed work within the State right-of-way.
- Complete all items and put N/A for non-applicable items.
- For public improvement projects, three (3) copies of engineered plans approved by the City Engineer are required to be submitted with this permit application.

- Permit fee is based on estimated off-site construction cost + $85.00 (subject to change).
- Applicants shall submit traffic handling plans for review showing all work in the road right-of-way. This can be satisfied by providing copies of the appropriate Typical Applications (TA) taken from the latest version of the California MUTCD, Part 6, Temporary Traffic Control. Complex projects on multi-lane roadways with an ADT greater than 12,000 vehicles per day and affecting multiple lanes and major intersections will require separate Traffic Control Plans submitted in advance for plan checking prior to issuance of any traffic control permit.
- Application is not complete until all required attachments are included.

| Application Date: 11/24/15 | Permit #: E20150 1111 | File Reference #: |
|---|---|---|

| Owner Information | Applicant Information |
|---|---|
| Name: I.E.U.A. | Name: John Pochter |
| Phone Number: 909-993-1547 | Phone Number: 310-892-7720 |
| Address: 6075 Kimball Ave | Address: 4150 Long Beach Blvd |
| City, State, Zip: Chino, CA 91708 | City, State, Zip: Long Beach, CA 90807 |

| Contractor/Subcontractor Information | All Refunds Shall Be Returned To |
|---|---|
| Name: W.A. Rasic Construction Inc | Company and/or Contact Name: Same as Above |
| Phone Number: 562-928-6111 | |
| Address: 4150 Long Beach Blvd | Initial Here: JP |
| City, State, Zip: Long Beach, CA 90807 | Phone Number: |
| License #: 368761 | Address: |
| Class/Type: A    Exp. Date: 1/31/17 | City, State, Zip: |

| 24-Hour Emergency Contact #1 | 24-Hour Emergency Contact #2 |
|---|---|
| Name: John Pochter | Name: Bob Frajo |
| Phone Number: 310-892-7720 | Phone Number: 310-345-0902 |

### Project Location

Project/Work Address (Nearest to Job Site): 2200 S. Haven Ave Ontario, CA 91761

| Name of Street: | Limits (Cross Streets): | Start Date: | End Date: | Start Time: | End Time: |
|---|---|---|---|---|---|
| | to | | | | |
| | to | | | | |
| | to | | | | |

### Work to be Performed

| | | | | |
|---|---|---|---|---|
| ☐ Backflow/R.P. Device | ☐ Drainage Connection | ☐ Parkway Drain | ☐ Sidewalk | ☐ Traffic Signal |
| ☐ Boring | ☐ Drive Approach | ☐ Parkway Landscaping | ☐ Street Light | ☒ Water Main |
| ☐ Communication | ☐ Dry Utility Trench | ☐ Pavement Replacement | ☐ Signing/Striping | ☐ Water Service |
| ☐ Curb and Gutter | ☐ Fence in Right-of-Way | ☐ Sewer Lateral | ☐ Storm Drain | ☐ Other |
| ☐ Curb Core | ☐ Monitoring Manhole | ☐ Sewer Main | ☐ Storm Water Quality Device | |

Description of Work (Attach Additional Sheet(s) if Needed, Indicate Drawing Numbers Where Appropriate):

Emergency 36" Water Main Repair   25' x 25' trench

Revised on 05/20/2015

**ENCROACHMENT PERMIT APPLICATION**
In accordance with City of Ontario
Municipal Code Chapter 7-3.04.



**ENGINEERING DEPARTMENT**
303 East B Street, Ontario, CA 91764
T: (909) 395-2025, F: (909) 395-2122

| Work to be Performed (Continued) |
|---|

List Permit Attachments Here:

Preliminary Estimated Construction Cost in City Right-of-Way (If Known):   | Approved Cost Estimate:

Is the depth of the proposed excavation equal to or greater than five (5) feet? ☐ No   ☐ Yes, DIS Permit #:

If yes, attach a copy of "Permit to Excavate" from the State Department of Industrial Relations, Division of Industrial Safety (DIS).

| If Traffic Control is Required, Complete the Following |
|---|

This Traffic Control information is being submitted by, or for, one of the following:

☐ Owner/Builder working on their own private property frontage (Encroachment Permit required).

☐ Owner/Developer working on Development Project on various on- and off-site improvements (Encroachment Permit required).

☐ Prime Contractor working for an owner or developer on various on- and off-site improvements (shall apply under owner's Encroachment Permit, otherwise a separate Encroachment Permit is required).

☐ Sub-Contractor to a Prime (shall apply under owner's Encroachment Permit, otherwise a separate Encroachment Permit is required).

☐ Utility Company (Encroachment Permit required under their name).

☐ Contractor working on City Project (Encroachment Permit required).

☐ Other public agency working on agency project (Encroachment Permit required under their name).

☐ Non-construction activity such as a special event, parade, law enforcement operation (Encroachment Permit may be required).

☐ Owner/Builder working on their own private property frontage (Encroachment Permit required).

☐ Owner/Builder working on their own private property frontage (Encroachment Permit required).

☐ Owner/Builder working on their own private property frontage (Encroachment Permit required).

Work Will Require Closure of the Following (Check All that Apply):

☐ Bus Stop    ☐ Sidewalk/Parkway    ☐ Shoulder/Parking Lane    ☐ Intersection

☐ Median    ☒ Travel Lanes, including turn lanes (Partial Street Closure)    ☐ Whole Roadway (Full Street Closure)

Describe Proposed Detour Route (If Applicable):

---

The undersigned have received and read City Municipal Code Sec. 7-3.04 and Encroachment Permit Provisions. I understand the requirements imposed upon me and my agents. I understand that any violation of the requirements of this permit may result in the issuance of "Demand for Compliance" requiring me to comply with this permit and the directive of the City Engineer within 24 hours. I further understand that any violation of this permit may result in the issuance of a "Stop Work Order" requiring my project to be halted for an unspecified period of time and the suspension or revocation of any other permit issued to me.

_____     11/24/15
Signature of Applicant/Owner          Date

---

| For Use by City Staff Only |
|---|

Date Application Received: 11/24/15    By: _____    Encroachment Permit #:

Traffic Control Permit Required? ☐ No ☒ Yes - If Issued, Traffic Control Permit Number: E201501

This Application becomes an attachment to any Encroachment and/or Traffic Control Permit that is issued by the Engineering Department.

Revised on 05/20/2015                                          Page 2 of 2



| | BUSINESS LICENSE CERTIFICATE | BUSINESS LICENSE DEPARTMENT |
|---|---|---|
| | NOT TRANSFERABLE | • *Service Excellence* • |

**CITY OF ONTARIO**

303 East "B" Street • Ontario, CA 91764

The party shown is granted this certificate pursuant to License and Permit Provisions of the Municipal Code. This is not an endorsement of the activity, nor certification of compliance with other laws. This license is issued without verification that the licensee is subject to or exempt from licensing by the State of California.

BUSINESS NAME: W.A. RASIC CONSTRUCTION CO. INC. NUMBER: BL00057615   EXPIRATION DATE: 01/31/2016
MAILING ADDRESS:                                    OWNER: PETE RASIC/PRESIDENT
                                                    LOCATION: 4150 LONG BEACH BLVD.

W.A. RASIC CONSTRUCTION CO., INC.
4150 LONG BEACH BLVD.
LONG BEACH, CA 90807

RECEIVED

FEB 02 2015

W.A. RASIC

Violation of any of the above may be cause for the revocation or modification of this Business License Certificate



**CITY OF ONTARIO**      Business License Certificate

License Division
303 East B Street Ontario, California 91764-4196
(909) 395-2022

PETE RASIC/PRESIDENT

01/21/2015

Thank you for your Business Tax Payment. THIS IS NOT A RENEWAL NOTICE. Above is your registration certificate. The certificate is issued for tax purposes. Its issuance does not guarantee compliance with state or federal licensing requirements.

The certificate is non-transferable. Contact the Business Registration Division at (909) 395-2022 if the business closes prior to the expiration date of the certificate. Please notify this office within ten (10) days of any change of business name, ownership, address location or activity.

**Thank you for doing business in the City of Ontario**

**ACORD**

# CERTIFICATE OF LIABILITY INSURANCE

| DATE (MM/DD/YYYY) |
|---|
| 4/22/2015 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Commercial Associates Insurance | PHONE (A/C, No, Ext): (714) 524-4949 | | FAX (A/C, No): (714) 524-4940 |
| 1594 N. Batavia Street | E-MAIL ADDRESS: | | |
| Orange, CA 92867 | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A: Travelers Prop Cas Co of Amer | | 25674 |
| INSURED | INSURER B: National Union Fire Ins Co, PA | | 19445 |
| W.A. Rasic Construction Co., Inc. | INSURER C: | | |
| 4150 Long Beach Blvd. | INSURER D: | | |
| Long Beach, CA 90807 | INSURER E: | | |
| | INSURER F: | | |

| COVERAGES | CERTIFICATE NUMBER: | REVISION NUMBER: |
|---|---|---|

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** <br> X COMMERCIAL GENERAL LIABILITY <br> CLAIMS-MADE X OCCUR | X | | DTE CO 8670X247-TIL-15 | 5/1/2015 | 5/1/2016 | EACH OCCURRENCE | $ 2,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 300,000 |
| | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: <br> POLICY PRO- JECT LOC | | | | | | GENERAL AGGREGATE | $ 4,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 4,000,000 |
| A | **AUTOMOBILE LIABILITY** <br> X ANY AUTO <br> ALL OWNED AUTOS   SCHEDULED AUTOS <br> HIRED AUTOS   NON-OWNED AUTOS | | | DT 810 8670X247-TIL-15 | 5/1/2015 | 5/1/2016 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | Uninsured motorist combined | $ |
| B | X UMBRELLA LIAB   X OCCUR <br> EXCESS LIAB   CLAIMS-MADE <br> DED X RETENTION $ 5,000 | | | BE 54196632 | 5/1/2015 | 5/1/2016 | EACH OCCURRENCE | $ 25,000,000 |
| | | | | | | | AGGREGATE | $ 25,000,000 |
| | | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N <br> ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? <br> (Mandatory in NH) <br> If yes, describe under <br> DESCRIPTION OF OPERATIONS below | N/A | | | | | WC STATU-TORY LIMITS   OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
Re: Permit
Certificate holder is named additional insured where required by issuance of a permit as respects general liability per attached CGD316 11/11.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| City of Ontario <br> 303 East B Street <br> Ontario, CA  91764 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. <br><br> AUTHORIZED REPRESENTATIVE |

© 1988-2010 ACORD CORPORATION. All rights reserved.

ACORD 25 (2010/05)
INS025 (201005).01

The ACORD name and logo are registered marks of ACORD

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONTRACTORS XTEND ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**GENERAL DESCRIPTION OF COVERAGE** – This endorsement broadens coverage. However, coverage for any injury, damage or medical expenses described in any of the provisions of this endorsement may be excluded or limited by another endorsement to this Coverage Part, and these coverage broadening provisions do not apply to the extent that coverage is excluded or limited by such an endorsement. The following listing is a general coverage description only. Limitations and exclusions may apply to these coverages. Read all the provisions of this endorsement and the rest of your policy carefully to determine rights, duties, and what is and is not covered.

A.  Aircraft Chartered With Pilot

B.  Damage To Premises Rented To You

C.  Increased Supplementary Payments

D.  Incidental Medical Malpractice

E.  Who Is An Insured – Newly Acquired Or Formed Organizations

F.  Who Is An Insured – Broadened Named Insured – Unnamed Subsidiaries

G.  Blanket Additional Insured – Owners, Managers Or Lessors Of Premises

H.  Blanket Additional Insured – Lessors Of Leased Equipment

I.  Blanket Additional Insured – States Or Political Subdivisions – Permits

J.  Knowledge And Notice Of Occurrence Or Offense

K.  Unintentional Omission

L.  Blanket Waiver Of Subrogation

M.  Amended Bodily Injury Definition

N.  Contractual Liability – Railroads

**PROVISIONS**

**A.  AIRCRAFT CHARTERED WITH PILOT**

The following is added to Exclusion **g., Aircraft, Auto Or Watercraft,** in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY:**

This exclusion does not apply to an aircraft that is:

(a)  Chartered with a pilot to any insured;

(b)  Not owned by any insured; and

(c)  Not being used to carry any person or property for a charge.

**B.  DAMAGE TO PREMISES RENTED TO YOU**

1.  The first paragraph of the exceptions in Exclusion **j., Damage To Property,** in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is deleted.

2.  The following replaces the last paragraph of Paragraph **2., Exclusions,** of **SECTION I – COVERAGES – COVERAGE A. BODILY**

**INJURY AND PROPERTY DAMAGE LIABILITY:**

Exclusions **e.** and **g.** through **n.** do not apply to "premises damage". Exclusion **f.(1)(a)** does not apply to "premises damage" caused by:

a.  Fire;

b.  Explosion;

c.  Lightning;

d.  Smoke resulting from such fire, explosion, or lightning; or

e.  Water;

unless Exclusion **f.** of Section I – Coverage A – Bodily Injury And Property Damage Liability is replaced by another endorsement to this Coverage Part that has Exclusion – All Pollution Injury Or Damage or Total Pollution Exclusion in its title.

A separate limit of insurance applies to "premises damage" as described in Paragraph **6.** of **SECTION III – LIMITS OF INSURANCE.**

CG D3 16 11 11                    © 2011 The Travelers Indemnity Company. All rights reserved.                    Page 1 of 6

COMMERCIAL GENERAL LIABILITY

**G. BLANKET ADDITIONAL INSURED – OWNERS, MANAGERS OR LESSORS OF PREMISES**

The following is added to **SECTION II – WHO IS AN INSURED:**

Any person or organization that is a premises owner, manager or lessor and that you have agreed in a written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury", "property damage", "personal injury" or "advertising injury" that:

a. Is "bodily injury" or "property damage" that occurs, or is "personal injury" or "advertising injury" caused by an offense that is committed, subsequent to the execution of that contract or agreement; and

b. Arises out of the ownership, maintenance or use of that part of any premises leased to you.

The insurance provided to such premises owner, manager or lessor is subject to the following provisions:

a. The limits of insurance provided to such premises owner, manager or lessor will be the minimum limits which you agreed to provide in the written contract or agreement, or the limits shown on the Declarations, whichever are less.

b. The insurance provided to such premises owner, manager or lessor does not apply to:

(1) Any "bodily injury" or "property damage" that occurs, or "personal injury" or "advertising injury" caused by an offense that is committed, after you cease to be a tenant in that premises; or

(2) Structural alterations, new construction or demolition operations performed by or on behalf of such premises owner, lessor or manager.

c. The insurance provided to such premises owner, manager or lessor is excess over any valid and collectible other insurance available to such premises owner, manager or lessor, whether primary, excess, contingent or on any other basis, unless you have agreed in the written contract or agreement that this insurance must be primary to, or non-contributory with, such other insurance, in which case this insurance will be primary to, and non-contributory with, such other insurance.

**H. BLANKET ADDITIONAL INSURED – LESSORS OF LEASED EQUIPMENT**

The following is added to **SECTION II – WHO IS AN INSURED:**

Any person or organization that is an equipment lessor and that you have agreed in a written contract or agreement to include as an insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury", "property damage", "personal injury" or "advertising injury" that:

a. Is "bodily injury" or "property damage" that occurs, or is "personal injury" or "advertising injury" caused by an offense that is committed, subsequent to the execution of that contract or agreement; and

b. Is caused, in whole or in part, by your acts or omissions in the maintenance, operation or use of equipment leased to you by such equipment lessor.

The insurance provided to such equipment lessor is subject to the following provisions:

a. The limits of insurance provided to such equipment lessor will be the minimum limits which you agreed to provide in the written contract or agreement, or the limits shown on the Declarations, whichever are less.

b. The insurance provided to such equipment lessor does not apply to any "bodily injury" or "property damage" that occurs, or "personal injury" or "advertising injury" caused by an offense that is committed, after the equipment lease expires.

c. The insurance provided to such equipment lessor is excess over any valid and collectible other insurance available to such equipment lessor, whether primary, excess, contingent or on any other basis, unless you have agreed in the written contract or agreement that this insurance must be primary to, or non-contributory with, such other insurance, in which case this insurance will be primary to, and non-contributory with, such other insurance.

**I. BLANKET ADDITIONAL INSURED – STATES OR POLITICAL SUBDIVISIONS – PERMITS**

The following is added to **SECTION II – WHO IS AN INSURED:**

Any state or political subdivision that has issued a permit in connection with operations performed by you or on your behalf and that you are required

© 2011 The Travelers Indemnity Company. All rights reserved.

CG D3 16 11 11

COMMERCIAL GENERAL LIABILITY

by any ordinance, law or building code to include as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury", "property damage", "personal injury" or "advertising injury" arising out of such operations.

The insurance provided to such state or political subdivision does not apply to:

a. Any "bodily injury," "property damage," "personal injury" or "advertising injury" arising out of operations performed for that state or political subdivision; or

b. Any "bodily injury" or "property damage" included in the "products-completed operations hazard".

## J. KNOWLEDGE AND NOTICE OF OCCURRENCE OR OFFENSE

The following is added to Paragraph 2., **Duties In The Event of Occurrence, Offense, Claim or Suit**, of **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS:**

e. The following provisions apply to Paragraph a. above, but only for the purposes of the insurance provided under this Coverage Part to you or any insured listed in Paragraph 1. or 2. of Section II – Who Is An Insured:

(1) Notice to us of such "occurrence" or offense must be given as soon as practicable only after the "occurrence" or offense is known by you (if you are an individual), any of your partners or members who is an individual (if you are a partnership or joint venture), any of your managers who is an individual (if you are a limited liability company), any of your "executive officers" or directors (if you are an organization other than a partnership, joint venture or limited liability company) or any "employee" authorized by you to give notice of an "occurrence" or offense.

(2) If you are a partnership, joint venture or limited liability company, and none of your partners, joint venture members or managers are individuals, notice to us of such "occurrence" or offense must be given as soon as practicable only after the "occurrence" or offense is known by:

(a) Any individual who is:

(i) A partner or member of any partnership or joint venture;

(ii) A manager of any limited liability company; or

(iii) An executive officer or director of any other organization;

that is your partner, joint venture member or manager; or

(b) Any "employee" authorized by such partnership, joint venture, limited liability company or other organization to give notice of an "occurrence" or offense.

(3) Notice to us of such "occurrence" or of an offense will be deemed to be given as soon as practicable if it is given in good faith as soon as practicable to your workers' compensation insurer. This applies only if you subsequently give notice to us of the "occurrence" or offense as soon as practicable after any of the persons described in Paragraphs e. (1) or (2) above discovers that the "occurrence" or offense may result in sums to which the insurance provided under this Coverage Part may apply.

However, if this Coverage Part includes an endorsement that provides limited coverage for "bodily injury" or "property damage" or pollution costs arising out of a discharge, release or escape of "pollutants" which contains a requirement that the discharge, release or escape of "pollutants" must be reported to us within a specific number of days after its abrupt commencement, this Paragraph e. does not affect that requirement.

## K. UNINTENTIONAL OMISSION

The following is added to Paragraph 6., **Representations**, of **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS:**

The unintentional omission of, or unintentional error in, any information provided by you which we relied upon in issuing this policy will not prejudice your rights under this insurance. However, this provision does not affect our right to collect additional premium or to exercise our rights of cancellation or nonrenewal in accordance with applicable insurance laws or regulations.

## L. BLANKET WAIVER OF SUBROGATION

The following is added to Paragraph 8., **Transfer Of Rights Of Recovery Against Others To Us**, of **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS:**

© 2011 The Travelers Indemnity Company. All rights reserved.

# ACORD CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)** 6/1/2015

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Commercial Associates Insurance<br>1594 N. Batavia Street<br>Orange, CA 92867 | PHONE (A/C, No, Ext): (714) 524-4949 | | FAX (A/C, No): (714) 524-4940 |
| | E-MAIL ADDRESS: | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A: Travelers Prop Cas Co of Amer | | 25674 |
| **INSURED**<br>W.A. Rasic Construction Co., Inc.<br>4150 Long Beach Blvd.<br>Long Beach, CA 90807 | INSURER B: | | |
| | INSURER C: | | |
| | INSURER D: | | |
| | INSURER E: | | |
| | INSURER F: | | |

## COVERAGES   CERTIFICATE NUMBER:   REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY** | | | | | | EACH OCCURRENCE | $ |
| | COMMERCIAL GENERAL LIABILITY | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | ☐ CLAIMS-MADE ☐ OCCUR | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | | GENERAL AGGREGATE | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ALL OWNED AUTOS / SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS / NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | **UMBRELLA LIAB** ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | **EXCESS LIAB** ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| A | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? ☐ N<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | N/A | UTJUB-3929R99-5-15 | 7/1/2015 | 7/1/2016 | X ☐ WC STATU-TORY LIMITS ☐ OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
(WAR#14SC85) Re: Permit

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| City of Ontario<br>Engineering Department<br>303 E. "B" Street<br>Ontario, CA 91764 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE |

**ACORD 25 (2010/05)**
INS025 (201005).01

© 1988-2010 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD



State Of California
**...CONTRACTORS STATE LICENSE BOARD**
**ACTIVE LICENSE**

License Number **368761**          Entity **CORP**

Business Name **W A RASIC CONSTRUCTION COMPANY INC**

Classifications **A C34**

Expiration Date **01/31/2017**          www.cslb.ca.gov



# EXHIBIT "B"

EAST 6 ACRES OF LOT 19, SECTION 16, TOWNSHIP 1 SOUTH,
RANGE 7 WEST, CUCAMONGA FRUIT LANDS M.B. 4/9

## LEGEND

*P.O.B*   POINT OF BEGINNING
*T.P.O.B*   TRUE POINT OF BEGINNING

INDICATES EASEMENT OF RIGHT OF WAY DEDICATION TO THE CITY OF ONTARIO FOR STREET AND PUBLIC UTILITY PURPOSES.
AREA=13,848.77 SF

INDICATES STREET CENTERLINE

## BASIS OF BEARINGS

THE BASIS OF BEARINGS IS THE CENTERLINE OF SIXTH STREET BEING N 89°42'45" W PER TR 6943, MB 90/21, 22

| SHEET 1 OF 2 | EASEMENT OF RIGHT OF WAY DEDICATION VINEYARD PARK (APN 0210-021-12) | SCALE: NTS |
|---|---|---|
| **CITY OF ONTARIO** | | DRAFTED: JMC |
| | | CHECKED: |
| | | DATE: January 20, 2015 |
| | | PROJECT NUMBER  TR1203 |

23

| **TRAFFIC CONTROL PERMIT**<br>**GENERAL ISSUANCE** |  ONTARIO | **Engineering Department**<br>303 East B Street, Ontario, California 91764<br>Phone: (909) 395-2025    FAX: (909) 395-2122 |
|---|---|---|

**Permitee:** *W. A. Rasic Construction Inc.*  Traffic Control Permit No. E2015 01111

**Permission is hereby granted to:**

Control traffic for the required work as per the California MUTCD Part 6, and any attached traffic control plans for the required work.

To utilize flaggers:   Whenever workers or equipment intermittently block a travel lane
Whenever two directions of traffic will be using one lane (one flagger required per direction)

This Traffic Control Permit is valid for the duration of its corresponding Encroachment Permit.

## Special Conditions/Instructions:

The following items require prior approval:
- Work within 300 feet of a signalized intersection
- Work hours on multi-lane roadways between 7:00 to 8:30 am, and 3:00 to 6:00 pm.

Please contact the City of Ontario Inspector at (909) 395-2025 at least 48 hours prior to starting work to report the intended work location and schedule.
Preserve Emergency Access to abutting property at all times.

The following typical applications are acceptable for work less than three days in duration with traffic control being removed at the end of each working day.  All others shall provide a detailed traffic control plan.

- CAMUTCD TA-3 - Work on Shoulders
- CAMUTCD TA-6 - Shoulder Work with Minor Encroachment
- CAMUTCD TA-10 - Lane Closure on Two-Lane Road Using Flaggers
- CAMUTCD TA-15 - Work in the Center of a Road with Low Traffic Volumes
- CAMUTCD TA-21 - Lane Closure on the Near Side of an Intersection
- CAMUTCD TA-22 - Right Lane Closure on Far Side of Intersection
- CAMUTCD TA-23 - Left Lane Closure on Far Side of Intersection
- CAMUTCD TA-30 - Interior Lane Closure on Multi-lane Street
- CAMUTCD TA-33 - Stationary Lane Closure on a Divided Highway



- Work within the street without sufficient space to provide one lane of travel in each direction, may require the closure of the roadway with a marked detour.
- Temporary parking restrictions required for the work shall be posted at least 48-hours prior to the work.
- The closure of the No. 1 lane of a roadway of a multi-lane roadway will also require the closure of any affected left-turn lanes with corresponding turn restriction signs.
- The closure of the No. 2 or subsequent lane on a multi-lane roadway of 3 or more lanes in one direction shall require the affected lane, and all lanes to the right of the affected lane to be closed as well, with appropriate turn restrictions, or right turn pockets provided as appropriate.
- All lane closures shall have the appropriate lane drop and merge tapers and shall have one flashing arrow board per lane closed.  Where the taper length extends into the intersection, the taper shall begin on the far side of the intersection so the closure is fully developed at the intersection.

☐ Check this box if a separate Traffic Control Plan has been reviewed and is part of this Traffic Control Permit.

Comments:
_____
_____
_____
_____
_____
_____

24





AS-BUILT

CHINO BASIN
MUNICIPAL WATER DISTRICT

REGIONAL PLANT NO.4 OUTFALL
PROJECT NO. ENS5025

PLAN & PROFILE
STATION 98+80 TO STATION 117+90

Black & Veatch

EXHIBIT 23



**City of Ontario**
Engineering Department Encroachment Permit

**Permit # : E201700150**

| | |
|---|---|
| Expiration Date : | 3/7/2018 |
| Date Issued : | 03/07/2017 |
| Inspector : | |
| Project Engineer : | |

| | |
|---|---|
| City Contract # : | |
| Land File Ref : | |
| Billing Ref : | |
| Billing Ref : | |

**Contractor's
License # :** 368761

**Job Site :**                                                                                                    **Parcel # :**

MISSION BLVD BETWEEN GROVE AND BAKER. SOUTHERN EAST BOUND LANE

**Description of
Work:** respond to emergency phone call about 2 possible sink holes southern E.B. lane of mission blvd between grove avenue and baker in city of Ontario. excavate to subgrade, slowly backfill

**Owner :** Inland Empire Utility Agency
**Applicant :** Bob Fraijo
**Contractor:** W.A RABIC CONSTRUCTION INC.
4150 LONG BEACH BLVD
LONG BEACH, CA 90807

Phone: (562) 928-6111
License Number: 368761

**Emergency
Contact:** Bob Fraijo
(310)-345-0902

**Reference City
Drawing:**

| Fee Description | Amount |
|---|---|
| Refund Const Deposit | $500.00 |
| Engr Inspect Fee | $294.00 |
| Encroachment Fee | $85.00 |
| Traffic Control Fee | $115.00 |
| **Total** | **$994.00** |

Upon payment of total charges shown above this document becomes a permit valid from 1 year from Date of Issuance.

* **Inspection Requests Call 909-395-2025**
* **24 Hour Advance Notice Must Be Given For Inspection -  Exclusive of Saturdays, Sundays and City Holidays (see attached sheets for permit for conditions  and provisions).** Prior to beginning any work, a pre-construction meeting is required. Failure to obtain approval before proceeding with work is cause for rejection.
* **Underground Service Alert (USA) - (1-800-227-2600)** Contractor is required to notify USA a minimum of 48 hours in advance of excavation.
* **Construction Water** - Shall not be taken from a fire hydrant unless a fire hydrant meter has been placed by  the Water Department (call 909-395-2078)
* **A Pre-Construction Meeting is required prior to any work being done.**

**Work to be Performed**

- ☐ Backflow/R.P. Device
- ☐ Boring
- ☐ Communication
- ☐ Curb Core
- ☐ Curb and Gutter
- ☐ Drainage Connection

- ☐ Drive Approach
- ☐ Dry Utility Trench
- ☐ Fence in Right-of-Way
- ☐ Fiber Optic
- ☐ Monitoring Manhole
- ☐ Parkway Drain
- ☐ Parkway Landscaping

- ☐ Pavement Replacement
- ☐ Sewer Lateral
- ☐ Sewer Main
- ☐ Sidewalk
- ☐ Street Light
- ☐ Signing/Striping

- ☐ Storm Drain
- ☐ Storm Water Quality Device
- ☐ Traffic Signal
- ☐ Water Main
- ☐ Water Service
- ☐ Other

## Standard Provisions, Conditions, Requirements and Specifications

### A. GENERAL

1. This permit is not valid unless approved and signed by the Engineering Department authorized representative. A copy of this permit shall be available at the work site at all times and presented upon request.

2. Failure to commence work within 60 calendar days from the permit issuance date shall render the permit void, unless otherwise approved by the City Engineer.

3. Failure to comply with any requirements, conditions or provisions contained within this permit may result in the issuance of a stop work order. The applicant may be required to immediately remove all equipment from the public right-of-way and restore all traffic to normal operation.

4. The applicant shall remain responsible for satisfactory workmanship and material, for a minimum of one year after city acceptance of improvements authorized by this permit.

### B. LICENSING

1. All contractors performing work under this permit shall have a current City of Ontario Business License.

2. All contractors working in public right-of-way are required to be properly licensed by the State Licensing Board for the type of work undertaken. The following types of licenses for specific tasks listed below are acceptable to the City:

   • Class A - General Engineering Contracts (covering any or all construction work in Public Right-of-Way)
   • Class C-8 - Concrete Work (including curb/gutter, sidewalk, driveways, etc.)
   • Class C-10 - Electrical (General) for Signal and Street Lights
   • Class C-12 - Earthwork and Paving
   • Class C-27 - Landscaping in Public Right-of-Way
   • Class C-34 - Pipeline (Water) in Public Right-of-Way
   • Class C-42 - Pipeline (Sewer) in Public Right-of-Way

### C. INSURANCE AND LIABILITIES

1. With respect to performance of work under this Permit, the applicant shall maintain and shall require its subcontractors, if any, to maintain Commercial General Liability Insurance, or equivalent form, with a combined single limit of not less than $1,000,000 per occurrence. Such insurance containing an aggregate shall: (1) include additional insured endorsement naming the City of Ontario, its officers, agents, representatives, employees, and volunteers as additional insured;( 2) be primary with respect to insurance or self-insurance program maintained by the City of Ontario; (3) contain standard separation of insured provisions; and (4) give the City of Ontario prompt and timely notice of any claim made or suit instituted arising out of the applicant's operation hereunder. The applicant shall: (a) furnish properly executed certificate of insurance and additional insured endorsements to the City of Ontario prior to commencement of work under this Permit, which shall clearly evidence all coverages required above, provided that such insurance shall not materially changed or terminated except on 30 days prior written notice to the City of Ontario; (b) maintain such insurance from time work first commences until completion of the work under this permit; and (c) replace such certificates for policies expiring prior to completion of work under this Permit.

2. The applicant shall save, keep, and hold harmless the City of Ontario, its officers or agents from all damages, costs or expenses in law or equity that may at any time arise or be set up because of damage to property, or of personal injury received by reason of or in the course of performing work authorized by this permit which may be occasioned by any act or omission of the applicant, his agents or employees. The City will not be liable for any accident, loss, or damage to the work prior to its completion and acceptance.

### D. HOURS OF OPERATION

1. The permitted construction work shall be limited to the hours of 7:00 a.m. to 4:00 p.m., Monday through Friday, excluding recognized City holidays.

2. Except for emergencies, all traffic control shall be performed at hours shown on the traffic control permit which is generally limited to the hours of 8:30 a.m. to 3:30 p.m. for arterial and collector streets.

3. Deviation from these hours may be approved, but require a minimum of 72 hours prior written request with sufficient explanation provided.

4. Additional inspection fees will be required for work performed outside of the above stated hours.

### E. NOTIFICATIONS

1. Whenever traffic is to be detoured, the closure dates and time shall be posted five (5) business days in advance of the closure. Said posting shall be done per City's requirements or as directed by the City Engineer.

2. Whenever traffic control impacts a school zone, public transit stop or facility, police or fire station, or other essential services facility, the applicant shall inform the said impacted facility a minimum of 72 hours in advance of the traffic control to coordinate its implementation. The inspector shall be informed of such notification to ensure proper coordination with the said impacted facility. The implementation of traffic control may need to be delayed to coordinate with impacted facilities.

3. Police and Fire departments shall be notified of any street closure a minimum of 24 hours prior to the closure.

4. All public utility companies shall be notified prior to the start of any permitted work that may involve their facilities. The cost of any required removal or relocation shall be the responsibility of the applicant.

5. Whenever parking restrictions are required to implement traffic control, temporary "No Parking at Any Time" signs shall be posted at least 48 hours prior to the restriction. The inspector shall be immediately informed of such postings.

6. UNDERGROUND SERVICE ALERT (USA) of Southern California (Toll Free at 1-800-422-4133) shall be notified a minimum of 48 hours in advance of any digging. The USA ticket number shall be provided to the inspector prior to the beginning of construction.

## F.   TRAFFIC CONTROL

1. All excavations and obstructions shall be safeguarded with barricades, lights, and/or other suitable safety devices as required by the Traffic Control permit. If the required traffic control was not performed to safeguard the public, the City may place barricades and lights at the expense of the applicant in accordance with current City fee schedule. Placement of safety devices by the City shall not relieve the applicant of liability.

2. Whenever pedestrian facilities are impacted by traffic control, alternate accessible walkways shall be provided. Where it is necessary to divert the walkway into the shoulder or parking lane, said walkway shall be separated from any adjacent traffic lane by barricades and delineators. Where alternate walkways within the work zone cannot be provided, the impacted facility shall be detoured around the construction zone from the next closest intersections along an appropriate parallel route. Pedestrian walkways shall be inspected by City's inspector prior to opening to the public.

3. Whenever the traffic control involves a signalized intersection, an authorized City representative must be present at the time of implementing the traffic control to insure that the operation of the traffic signal is properly adjusted for the intended traffic control.

4. Whenever traffic signal detector loops are damaged as a result of permitted work in public right-of-way, the loops shall be promptly replaced and made functional within ten (10) business days of restoration of normal traffic operations.

5. Access to fire hydrants shall be maintained at all times.

6. The City reserves the right to modify the traffic control to ensure public safety in public right-of-way at all times.

## G.   EXCAVATION

1. All excavation shall be performed in full compliance with requirements of the State Department of Industrial Relations (DIR), Division of Occupational Safety and Health (Cal/OSHA).

2. All excavations greater than or equal to five (5) feet in depth require a permit from the Division of Industrial Safety (DIS).

## H.   CONSTRUCTION SPECIFICATIONS AND INSPECTION OF WORK

1. All work in the public right-of-way shall be done in strict conformance with the latest edition of City of Ontario Standard Specifications and Standard Drawings and Standard Specifications (Greenbook) and Standard Plans for Public Works Construction, unless otherwise approved by the City Engineer. Failure to do so or completing any work which violates any City Code shall render the applicant ineligible to do any other work in the public right-of-way until all violations have been corrected to the satisfaction of the City Engineer.

2. Prior to commencement of any work covered by this permit, the applicant shall have a pre-construction meeting with City's inspector. Inspection requests shall be made a minimum of 24 hours prior to inspections. Please refer to the Permit Number when calling for inspection. Any work done without proper inspection may be rejected by the City.

3. Re-inspections required due to site or work not being ready for inspection when scheduled, or for the replacement of defective work, shall be done at the expense of the applicant in accordance with the current City fee schedule.

4. Whenever any pavement markings, signing, striping or any other existing devices belonging to the City of Ontario, by any means are damaged or rendered ineffective, they shall be repaired or replaced in accordance with current City Standards unless temporary measures are approved by the City Engineer.

## I.   WORK SITE CLEANUP

1. The applicant shall clean and sweep the project and adjacent areas at regular intervals and when requested by the City, as necessary to maintain the project area in a clean and orderly condition at all times to the satisfaction of the City Engineer. Final cleanup, including the removal of all painted utility markings, shall take place within three (3) days after completion of the work. If not, the City will remove it at the applicant's expense, including any call-out charges.

2. Final acceptance of any work shall not be given until construction debris and excess material is removed, and parkways are graded to conform to City's standards.

Permission is hereby requested to encroach into public right-of-way to perform work as set forth above. It is understood that this application is limited to the work described herein and that all work is to be done in compliance with the STANDARD SPECIFICATION FOR PUBLIC WORKS CONSTRUCTION and the provisions shown on this permit and with all other applicable rules, regulations and standards of the City; and that the permittee assumes full responsibility for said compliance, for acceptability of the work, and for repair or replacement thereof if defective, and for repair or replacement of any existing improvement damaged by the contractor doing the work. Permittee hereby declares that either he or the contractor hired by him to perform the work under this permit, shall have appropriate contractor's license required by the City and/or the applicable state law governing Contractor's licenses. A copy of license to be provided with encroachment permit application.

## Special Conditions

| Condition | Comment |
|---|---|
| Encroachment Permit Conditions | Street trenching and pavement replacement including potholing area shall be completed in accordance with City Standard #1306. |
| | Damage to existing public improvements (within the public right-of-way) due to the construction/repair shall be replaced in accordance with City Standards.  Improvements include but not limited to the following: parkway landscaping, irrigation, street trees, curb and gutter, driveway approach, utilities, pull boxes, meters, etc. |
| | Note: Damaged curb and gutter, driveway approaches and sidewalk must be replaced between score lines/joints. |

Signature of Applicant/Owner's Authorized Agent:

**(City Engineer or Authorized Representative)**

| TRAFFIC CONTROL PERMIT GENERAL ISSUANCE |  ONTARIO | **Engineering Department** 303 East B Street, Ontario, California 91764 Phone: (909) 395-2025   FAX: (909) 395-2122 |
|---|---|---|

Permitee: _W. A. Rasic Construction Inc_   Traffic Control Permit No. E2017 _OB/50_

**Permission is hereby granted to:**

Control traffic for the required work as per the California MUTCD Part 6, and any attached traffic control plans for the required work.

To utilize flaggers:   Whenever workers or equipment intermittently block a travel lane
Whenever two directions of traffic will be using one lane (one flagger required per direction)

This Traffic Control Permit is valid for the duration of its corresponding Encroachment Permit.

## Special Conditions/Instructions:

The following items require prior approval:
- Work within 300 feet of a signalized intersection
- Work hours on multi-lane roadways between 7:00 to 8:30 am, and 3:00 to 6:00 pm.

Please contact the City of Ontario Inspector at (909) 395-2025 at least 48 hours prior to starting work to report the intended work location and schedule.
Preserve Emergency Access to abutting property at all times.

The following typical applications are acceptable for work less than three days in duration with traffic control being removed at the end of each working day.  All others shall provide a detailed traffic control plan.

- CAMUTCD TA-3 - Work on Shoulders
- CAMUTCD TA-6 - Shoulder Work with Minor Encroachment
- CAMUTCD TA-10 - Lane Closure on Two-Lane Road Using Flaggers
- CAMUTCD TA-15 - Work in the Center of a Road with Low Traffic Volumes
- CAMUTCD TA-21 - Lane Closure on the Near Side of an Intersection
- CAMUTCD TA-22 - Right Lane Closure on Far Side of Intersection
- CAMUTCD TA-23 - Left Lane Closure on Far Side of Intersection
- CAMUTCD TA-30 - Interior Lane Closure on Multi-lane Street
- CAMUTCD TA-33 - Stationary Lane Closure on a Divided Highway
- Work within the street without sufficient space to provide one lane of travel in each direction, may require the closure of the roadway with a marked detour.
- Temporary parking restrictions required for the work shall be posted at least 48-hours prior to the work.
- The closure of the No. 1 lane of a roadway of a multi-lane roadway will also require the closure of any affected left-turn lanes with corresponding turn restriction signs.
- The closure of the No. 2 or subsequent lane on a multi-lane roadway of 3 or more lanes in one direction shall require the affected lane, and all lanes to the right of the affected lane to be closed as well, with appropriate turn restrictions, or right turn pockets provided as appropriate.
- All lane closures shall have the appropriate lane drop and merge tapers and shall have one flashing arrow board per lane closed.  Where the taper length extends into the intersection, the taper shall begin on the far side of the intersection so the closure is fully developed at the intersection.
- Message board signs may be required at all directions leading into the construction area.


REVIEWED MAR 02 2017 CITY OF ONTARIO ENGINEERING DEPARTMENT

☐ Check this box if a separate Traffic Control Plan has been reviewed and is part of this Traffic Control Permit.

Comments:

_____

General Issuance Permit 2017

**ENCROACHMENT PERMIT APPLICATION**
In accordance with City of Ontario
Municipal Code Chapter 7-3.04.


CITY OF
ONTARIO

**ENGINEERING DEPARTMENT**
303 East B Street, Ontario, CA 91764
T: (909) 395-2025, F: (909) 395-2122

**INSTRUCTIONS:**
- Provide two (2) sets of plans, specifications, calculations, or drawings with this application, wherever applicable.
- Contractor(s) must provide Liability Insurance Certificate naming the City as additionally insured.
- Contractor(s) must possess a current Business License on file with the City.
- Allow for a minimum of three (3) business days to process this application.
- Provide a copy of an approved Caltrans permit for any proposed work within the State right-of-way.
- Complete all items and put N/A for non-applicable items.
- For public improvement projects, three (3) copies of engineered plans approved by the City Engineer are required to be submitted with this permit application.

- Permit fee is based on estimated off-site construction cost + $85.00 (subject to change).
- Applicants shall submit traffic handling plans for review showing all work in the road right-of-way. This can be satisfied by providing copies of the appropriate Typical Applications (TA) taken from the latest version of the California MUTCD, Part 6, Temporary Traffic Control. Complex projects on multi-lane roadways with an ADT greater than 12,000 vehicles per day and affecting multiple lanes and major intersections will require separate Traffic Control Plans submitted in advance for plan checking prior to issuance of any traffic control permit.
- Application is not complete until all required attachments are included.

| Application Date: 2/28/17 | Permit #: E201700150 | File Reference #: |
|---|---|---|

| Owner Information | Applicant Information |
|---|---|
| Name: *Inland Empire Utility Agency* | Name: *John Poehler* |
| Phone Number: *909-993-1547* | Phone Number: *310-892-7720* |
| Address: *6075 Kimball Ave* | Address: *4150 Long Beach Blvd* |
| City, State, Zip: *Chino, CA 91708* | City, State, Zip: *Long Beach, CA 90807* |

| Contractor/Subcontractor Information | All Refunds Shall Be Returned To |
|---|---|
| Name: *W.A. Rasic Construction Inc.* | Company and/or Contact Name: |
| Phone Number: *562-928-6111* | *W.A. Rasic Construction Inc.* |
| Address: *4150 Long Beach Blvd* | *Attn: John Poehler*     Initial Here: *JP* |
| City, State, Zip: *Long Beach, CA 90807* | Phone Number: *310-892-7720* |
| License #: *368761* | Address: *4150 Long Beach Blvd* |
| Class/Type: *A*   Exp. Date: | City, State, Zip: *Long Beach* |

| 24-Hour Emergency Contact #1 | 24-Hour Emergency Contact #2 |
|---|---|
| Name: *Bob Frayo* | Name: *Dan Anderson* |
| Phone Number: *310-345-0902* | Phone Number: *310-345-0519* |

**Project Location**

Project/Work Address (Nearest to Job Site): *Mission Blvd between Grove + Baker. Southern East Bound Ln.*

| Name of Street: | Limits (Cross Streets): | Start Date: | End Date: | Start Time: | End Time: |
|---|---|---|---|---|---|
| | to | | | | |
| | to | | | | |
| | to | | | | |

**Work to be Performed** — *Emergency Work.*

| | | | | |
|---|---|---|---|---|
| ☐ Backflow/R.P. Device | ☐ Drainage Connection | ☐ Parkway Drain | ☐ Sidewalk | ☐ Traffic Signal |
| ☐ Boring | ☐ Drive Approach | ☐ Parkway Landscaping | ☐ Street Light | ☐ Water Main |
| ☐ Communication | ☐ Dry Utility Trench | ☑ Pavement Replacement | ☐ Signing/Striping | ☐ Water Service |
| ☐ Curb and Gutter | ☐ Fence in Right-of-Way | ☐ Sewer Lateral | ☐ Storm Drain | ☑ Other – *sink hole over ex.* |
| ☐ Curb Core | ☐ Monitoring Manhole | ☐ Sewer Main | ☐ Storm Water Quality Device | |

Description of Work (Attach Additional Sheet(s) if Needed, Indicate Drawing Numbers Where Appropriate):
*Respond to emergency phone call about 2 possible sink holes Southern E.B. lane of Mission Blvd between Grove Ave + Baker in City of Ontario. Excavate to subgrade. Slurry backfill*

**ENCROACHMENT PERMIT APPLICATION**
In accordance with City of Ontario
Municipal Code Chapter 7-3.04.



**ENGINEERING DEPARTMENT**
303 East B Street, Ontario, CA 91764
T: (909) 395-2025, F: (909) 395-2122

| Work to be Performed (Continued) |
|---|

List Permit Attachments Here: *TC Plan, Contractors License, Insurance for City of Ontario, OSHA Annual Permit.*

Preliminary Estimated Construction Cost in City Right-of-Way (If Known):　　　Approved Cost Estimate:

Is the depth of the proposed excavation equal to or greater than five (5) feet? ☐ No ☒ Yes, DIS Permit #: *2016-902745*

If yes, attach a copy of "Permit to Excavate" from the State Department of Industrial Relations, Division of Industrial Safety (DIS).

| If Traffic Control is Required, Complete the Following |
|---|

This Traffic Control information is being submitted by, or for, one of the following:

☐ Owner/Builder working on their own private property frontage (Encroachment Permit required).

☐ Owner/Developer working on Development Project on various on- and off-site improvements (Encroachment Permit required).

☐ Prime Contractor working for an owner or developer on various on- and off-site improvements (shall apply under owner's Encroachment Permit, otherwise a separate Encroachment Permit is required).

☐ Sub-Contractor to a Prime (shall apply under owner's Encroachment Permit, otherwise a separate Encroachment Permit is required).

☐ Utility Company (Encroachment Permit required under their name).

☐ Contractor working on City Project (Encroachment Permit required).

☐ Other public agency working on agency project (Encroachment Permit required under their name).

☐ Non-construction activity such as a special event, parade, law enforcement operation (Encroachment Permit may be required).

☐ Owner/Builder working on their own private property frontage (Encroachment Permit required).

☐ Owner/Builder working on their own private property frontage (Encroachment Permit required).

☐ Owner/Builder working on their own private property frontage (Encroachment Permit required).

Work Will Require Closure of the Following (Check All that Apply):

☐ Bus Stop　　☐ Sidewalk/Parkway　　☐ Shoulder/Parking Lane　　☐ Intersection

☐ Median　　☒ Travel Lanes, including turn lanes (Partial Street Closure)　　☐ Whole Roadway (Full Street Closure)

Describe Proposed Detour Route (If Applicable):

---

The undersigned have received and read City Municipal Code Sec. 7-3.04 and Encroachment Permit Provisions. I understand the requirements imposed upon me and my agents. I understand that any violation of the requirements of this permit may result in the issuance of "Demand for Compliance" requiring me to comply with this permit and the directive of the City Engineer within 24 hours. I further understand that any violation of this permit may result in the issuance of a "Stop Work Order" requiring my project to be halted for an unspecified period of time and the suspension or revocation of any other permit issued to me.

_____　　　　_2/28/17_
Signature of Applicant/Owner　　　　　　　　Date

| For Use by City Staff Only |
|---|

Date Application Received: *3/2/17*　　By: *JN*　　　Encroachment Permit #:

Traffic Control Permit Required? ☐ No ☒ Yes - If Issued, Traffic Control Permit Number: *E2017 00150*

This Application becomes an attachment to any Encroachment and/or Traffic Control Permit that is issued by the Engineering Department.









 **CERTIFICATE OF LIABILITY INSURANCE**

| DATE (MM/DD/YYYY) |
|---|
| 8/12/2016 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Commercial Associates Insurance<br>1594 N. Batavia Street<br>Orange, CA 92867 | PHONE (A/C, No, Ext): (714) 524-4949 | | FAX (A/C, No): (714) 524-4940 |
| | E-MAIL ADDRESS: | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : Travelers Indemnity Co of CT | | 25682 |
| INSURED | INSURER B : Travelers Prop Cas Co of Amer | | 25674 |
| W.A. Rasic Construction Co., Inc.<br>4150 Long Beach Blvd.<br>Long Beach, CA 90807 | INSURER C : Allied World Assurance Co Inc. | | 19489 |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

| COVERAGES | CERTIFICATE NUMBER: | REVISION NUMBER: |
|---|---|---|

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** <br> X COMMERCIAL GENERAL LIABILITY <br> CLAIMS-MADE X OCCUR <br> X <br> GEN'L AGGREGATE LIMIT APPLIES PER: <br> POLICY PRO-JECT LOC | X | | DT22-CO-8670X247-TCT-16 | 5/1/2016 | 5/1/2017 | EACH OCCURRENCE | $ 2,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 300,000 |
| | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 2,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 4,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 4,000,000 |
| | | | | | | | | $ |
| B | **AUTOMOBILE LIABILITY** <br> X ANY AUTO <br> ALL OWNED AUTOS SCHEDULED AUTOS <br> HIRED AUTOS NON-OWNED AUTOS | | | DT-810-8670X247-TIL-16 | 5/1/2016 | 5/1/2017 | COMBINED SINGLE LIMIT (Ea accident) | $ 2,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | Uninsured motorist combined | $ |
| C | X UMBRELLA LIAB X OCCUR <br> EXCESS LIAB CLAIMS-MADE <br> DED X RETENTION $ 5,000 | | | 0310-1155 | 5/1/2016 | 5/1/2017 | EACH OCCURRENCE | $ 25,000,000 |
| | | | | | | | AGGREGATE | $ 25,000,000 |
| | | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** <br> ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) Y/N <br> If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | WC STATU-TORY LIMITS / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
Re: Permit
Certificate holder is named additional insured where required by issuance of a permit as respects general liability per attached CGD316 11/11.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| City of Ontario<br>303 East B Street<br>Ontario, CA 91764 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE |

ACORD 25 (2010/05)
INS025 (201005).01

© 1988-2010 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONTRACTORS XTEND ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**GENERAL DESCRIPTION OF COVERAGE** – This endorsement broadens coverage. However, coverage for any injury, damage or medical expenses described in any of the provisions of this endorsement may be excluded or limited by another endorsement to this Coverage Part, and these coverage broadening provisions do not apply to the extent that coverage is excluded or limited by such an endorsement. The following listing is a general coverage description only. Limitations and exclusions may apply to these coverages. Read all the provisions of this endorsement and the rest of your policy carefully to determine rights, duties, and what is and is not covered.

A.  Aircraft Chartered With Pilot

B.  Damage To Premises Rented To You

C.  Increased Supplementary Payments

D.  Incidental Medical Malpractice

E.  Who Is An Insured – Newly Acquired Or Formed Organizations

F.  Who Is An Insured – Broadened Named Insured – Unnamed Subsidiaries

G.  Blanket Additional Insured – Owners, Managers Or Lessors Of Premises

H.  Blanket Additional Insured – Lessors Of Leased Equipment

I.  Blanket Additional Insured – States Or Political Subdivisions – Permits

J.  Knowledge And Notice Of Occurrence Or Offense

K.  Unintentional Omission

L.  Blanket Waiver Of Subrogation

M.  Amended Bodily Injury Definition

N.  Contractual Liability – Railroads

**PROVISIONS**

**A.  AIRCRAFT CHARTERED WITH PILOT**

The following is added to Exclusion **g., Aircraft, Auto Or Watercraft,** in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY:**

This exclusion does not apply to an aircraft that is:

(a)  Chartered with a pilot to any insured;

(b)  Not owned by any insured; and

(c)  Not being used to carry any person or property for a charge.

**B.  DAMAGE TO PREMISES RENTED TO YOU**

1.  The first paragraph of the exceptions in Exclusion j., **Damage To Property,** in Paragraph **2.** of **SECTION I – COVERAGES – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is deleted.

2.  The following replaces the last paragraph of Paragraph **2., Exclusions,** of **SECTION I – COVERAGES – COVERAGE A. BODILY**

**INJURY AND PROPERTY DAMAGE LIABILITY:**

Exclusions **c.** and **g.** through **n.** do not apply to "premises damage". Exclusion **f.(1)(a)** does not apply to "premises damage" caused by:

a.  Fire;

b.  Explosion;

c.  Lightning;

d.  Smoke resulting from such fire, explosion, or lightning; or

e.  Water;

unless Exclusion **f.** of Section I – Coverage A – Bodily Injury And Property Damage Liability is replaced by another endorsement to this Coverage Part that has Exclusion – All Pollution Injury Or Damage or Total Pollution Exclusion in its title.

A separate limit of insurance applies to "premises damage" as described in Paragraph **6.** of **SECTION III – LIMITS OF INSURANCE.**

CG D3 16 11 11                 © 2011 The Travelers Indemnity Company. All rights reserved.                 Page 1 of 6

COMMERCIAL GENERAL LIABILITY

**G. BLANKET ADDITIONAL INSURED – OWNERS, MANAGERS OR LESSORS OF PREMISES**

The following is added to **SECTION II – WHO IS AN INSURED:**

Any person or organization that is a premises owner, manager or lessor and that you have agreed in a written contract or agreement to include as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury", "property damage", "personal injury" or "advertising injury" that:

a. Is "bodily injury" or "property damage" that occurs, or is "personal injury" or "advertising injury" caused by an offense that is committed, subsequent to the execution of that contract or agreement; and

b. Arises out of the ownership, maintenance or use of that part of any premises leased to you.

The insurance provided to such premises owner, manager or lessor is subject to the following provisions:

a. The limits of insurance provided to such premises owner, manager or lessor will be the minimum limits which you agreed to provide in the written contract or agreement, or the limits shown on the Declarations, whichever are less.

b. The insurance provided to such premises owner, manager or lessor does not apply to:

(1) Any "bodily injury" or "property damage" that occurs, or "personal injury" or "advertising injury" caused by an offense that is committed, after you cease to be a tenant in that premises; or

(2) Structural alterations, new construction or demolition operations performed by or on behalf of such premises owner, lessor or manager.

c. The insurance provided to such premises owner, manager or lessor is excess over any valid and collectible other insurance available to such premises owner, manager or lessor, whether primary, excess, contingent or on any other basis, unless you have agreed in the written contract or agreement that this insurance must be primary to, or non-contributory with, such other insurance, in which case this insurance will be primary to, and non-contributory with, such other insurance.

**H. BLANKET ADDITIONAL INSURED – LESSORS OF LEASED EQUIPMENT**

The following is added to **SECTION II – WHO IS AN INSURED:**

Any person or organization that is an equipment lessor and that you have agreed in a written contract or agreement to include as an insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury", "property damage", "personal injury" or "advertising injury" that:

a. Is "bodily injury" or "property damage" that occurs, or is "personal injury" or "advertising injury" caused by an offense that is committed, subsequent to the execution of that contract or agreement; and

b. Is caused, in whole or in part, by your acts or omissions in the maintenance, operation or use of equipment leased to you by such equipment lessor.

The insurance provided to such equipment lessor is subject to the following provisions:

a. The limits of insurance provided to such equipment lessor will be the minimum limits which you agreed to provide in the written contract or agreement, or the limits shown on the Declarations, whichever are less.

b. The insurance provided to such equipment lessor does not apply to any "bodily injury" or "property damage" that occurs, or "personal injury" or "advertising injury" caused by an offense that is committed, after the equipment lease expires.

c. The insurance provided to such equipment lessor is excess over any valid and collectible other insurance available to such equipment lessor, whether primary, excess, contingent or on any other basis, unless you have agreed in the written contract or agreement that this insurance must be primary to, or non-contributory with, such other insurance, in which case this insurance will be primary to, and non-contributory with, such other insurance.

**I. BLANKET ADDITIONAL INSURED – STATES OR POLITICAL SUBDIVISIONS – PERMITS**

The following is added to **SECTION II – WHO IS AN INSURED:**

Any state or political subdivision that has issued a permit in connection with operations performed by you or on your behalf and that you are required

 © 2011 The Travelers Indemnity Company. All rights reserved. CG D3 16 11 11

COMMERCIAL GENERAL LIABILITY

by any ordinance, law or building code to include as an additional insured on this Coverage Part is an insured, but only with respect to liability for "bodily injury", "property damage", "personal injury" or "advertising injury" arising out of such operations.

The insurance provided to such state or political subdivision does not apply to:

a. Any "bodily injury," "property damage," "personal injury" or "advertising injury" arising out of operations performed for that state or political subdivision; or

b. Any "bodily injury" or "property damage" included in the "products-completed operations hazard".

### J. KNOWLEDGE AND NOTICE OF OCCURRENCE OR OFFENSE

The following is added to Paragraph **2.**, **Duties In The Event of Occurrence, Offense, Claim or Suit**, of **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**:

e. The following provisions apply to Paragraph a. above, but only for the purposes of the insurance provided under this Coverage Part to you or any insured listed in Paragraph **1.** or **2.** of Section II – Who Is An Insured:

(1) Notice to us of such "occurrence" or offense must be given as soon as practicable only after the "occurrence" or offense is known by you (if you are an individual), any of your partners or members who is an individual (if you are a partnership or joint venture), any of your managers who is an individual (if you are a limited liability company), any of your "executive officers" or directors (if you are an organization other than a partnership, joint venture or limited liability company) or any "employee" authorized by you to give notice of an "occurrence" or offense.

(2) If you are a partnership, joint venture or limited liability company, and none of your partners, joint venture members or managers are individuals, notice to us of such "occurrence" or offense must be given as soon as practicable only after the "occurrence" or offense is known by:

(a) Any individual who is:

(i) A partner or member of any partnership or joint venture;

(ii) A manager of any limited liability company; or

(iii) An executive officer or director of any other organization;

that is your partner, joint venture member or manager; or

(b) Any "employee" authorized by such partnership, joint venture, limited liability company or other organization to give notice of an "occurrence" or offense.

(3) Notice to us of such "occurrence" or of an offense will be deemed to be given as soon as practicable if it is given in good faith as soon as practicable to your workers' compensation insurer. This applies only if you subsequently give notice to us of the "occurrence" or offense as soon as practicable after any of the persons described in Paragraphs **e. (1)** or **(2)** above discovers that the "occurrence" or offense may result in sums to which the insurance provided under this Coverage Part may apply.

However, if this Coverage Part includes an endorsement that provides limited coverage for "bodily injury" or "property damage" or pollution costs arising out of a discharge, release or escape of "pollutants" which contains a requirement that the discharge, release or escape of "pollutants" must be reported to us within a specific number of days after its abrupt commencement, this Paragraph e. does not affect that requirement.

### K. UNINTENTIONAL OMISSION

The following is added to Paragraph **6.**, **Representations**, of **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**:

The unintentional omission of, or unintentional error in, any information provided by you which we relied upon in issuing this policy will not prejudice your rights under this insurance. However, this provision does not affect our right to collect additional premium or to exercise our rights of cancellation or nonrenewal in accordance with applicable insurance laws or regulations.

### L. BLANKET WAIVER OF SUBROGATION

The following is added to Paragraph **8.**, **Transfer Of Rights Of Recovery Against Others To Us**, of **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**:



# CERTIFICATE OF LIABILITY INSURANCE

| DATE (MM/DD/YYYY) |
| --- |
| 8/12/2016 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | | |
| --- | --- | --- | --- | --- |
| Commercial Associates Insurance | PHONE (A/C, No, Ext): (714) 524-4949 | | FAX (A/C, No): (714) 524-4940 | |
| 1594 N. Batavia Street | E-MAIL ADDRESS: | | | |
| Orange, CA 92867 | | | | |
| | INSURER(S) AFFORDING COVERAGE | | | NAIC # |
| | INSURER A : Travelers Prop Cas Co of Amer | | | 25674 |
| INSURED | INSURER B : | | | |
| W.A. Rasic Construction Co., Inc. | INSURER C : | | | |
| 4150 Long Beach Blvd. | INSURER D : | | | |
| Long Beach, CA 90807 | INSURER E : | | | |
| | INSURER F : | | | |

## COVERAGES    CERTIFICATE NUMBER:    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | **GENERAL LIABILITY** | | | | | | EACH OCCURRENCE | $ |
| | COMMERCIAL GENERAL LIABILITY | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | CLAIMS-MADE ☐ OCCUR | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | | GENERAL AGGREGATE | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | POLICY ☐ PRO-JECT ☐ LOC ☐ | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ALL OWNED AUTOS ☐ SCHEDULED AUTOS ☐ | | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS ☐ NON-OWNED AUTOS ☐ | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | **UMBRELLA LIAB** ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | **EXCESS LIAB** ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED ☐ RETENTION $ | | | | | | | $ |
| A | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | Y | N/A | DTJUB-3929R99-5-16 | 7/1/2016 | 7/1/2017 | X WC STATU-TORY LIMITS ☐ OTH-ER ☐ | |
| | | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
Re: Permit
Waiver of subrogation applies per attached WC 04 03 06 (01).

| CERTIFICATE HOLDER | CANCELLATION |
| --- | --- |
| City of Ontario 303 East B Street Ontario, CA 91764 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. AUTHORIZED REPRESENTATIVE |

ACORD 25 (2010/05)
INS025 (201005).01

© 1988-2010 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

46



**TRAVELERS**
ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

**ENDORSEMENT  WC 04 03 06 (01)  —**

POLICY NUMBER:   (DTJUB-3929R99-5-16)

## WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT-CALIFORNIA

We have the right to recover our payments from anyone liable for an injury covered by this policy.  We will not enforce our right against the person or organization named in the Schedule. (This agreement applies only to the extent that you perform work under a written contract that requires you to obtain this agreement from us.)

You must maintain payroll records accurately segregating the remuneration of your employees while engaged in the work described in the Schedule.

THE ADDITIONAL PREMIUM FOR THIS ENDORSEMENT SHALL BE 02.000 % OF THE CALIFORNIA WORKERS' COMPENSATION PREMIUM OTHERWISE DUE ON SUCH REMUNERATION.

**SCHEDULE**

**PERSON OR ORGANIZATION**

**JOB DESCRIPTION**

City of Ontario

Permit

DATE OF ISSUE:                    ST ASSIGN:

47

1   Robert D. Brugge, Bar No. 92532
    rdb@kpclegal.com
2   Barbara Ciolino, Bar No. 145730
    bcm@kpclegal.com
3   KNAPP, PETERSEN & CLARKE
    550 North Brand Boulevard, Suite 1500
4   Glendale, California 91203-1922
    Telephone:  (818) 547-5000
5   Facsimile:  (818) 547-5329

6   Attorneys for Plaintiff and Counter-defendant
    THE CITY OF ONTARIO
7

8                UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

10

11  THE CITY OF ONTARIO, a California        )  NO.   5:20-cv-02279-JGB-SPx
    Municipality,                            )
12                                           )  Date:            June 21, 2020
                 Plaintiff,                  )  Time:            9:00 a.m.
13                                           )  Ctrm:                       1
          v.                                 )
14                                           )  Judge:        Jesus G. Bernal
    ALLIED WORLD ASSURANCE                   )  Date Action Filed:   October 30, 2020
15  COMPANY (U.S.), a Delaware               )
    Corporation; SECURITY NATIONAL           )  DECLARATION OF KAREN A.
16  INSURANCE COMPANY, a Delaware            )  FELD IN SUPPORT OF THE CITY
    Corporation,                             )  OF ONTARIO'S MOTION FOR
17                                           )  SUMMARY JUDGMENT OR
                 Defendants.                 )  PARTIAL SUMMARY JUDGMENT
18  _____ )  AGAINST ALLIED WORLD
                                             )  ASSURANCE CO.
19  ALLIED WORLD NATIONAL                    )
    ASSURANCE COMPANY,                       )
20                                           )
                 Counter-claimant,           )
21                                           )
          v.                                 )
22                                           )
    THE CITY OF ONTARIO,                     )
23                                           )
                 Counter-defendant.          )
24  _____ )
                                             )
25  SECURITY NATIONAL INSURANCE              )
    COMPANY,                                 )
26                                           )
                 Counterclaimant & Cross-    )
27               Claimant,                   )
                                             )
28        v.                                 )

KNAPP,
PETERSEN
& CLARKE

-1-

4867483.1 06051/00002

| | |
|---|---|
| 1 | THE CITY OF ONTARIO )
| 2 | Counterdefendant, )
| 3 | and ALLIED WORLD NATIONAL )
|   | ASSURANCE COMPANY, )
| 4 | Cross-defendant. )
| 5 | _____ )

6    I, Karen A. Feld, declare and state as follows:

7    1.    I make this declaration in support of the City of Ontario's ("the City")

8  Motion for Summary Judgment or Partial Summary Judgment against Allied World

9  Assurance Co., L.P. ("Allied World"). The following facts are within my personal

10  knowledge, and if called as a witness, I could and would be qualified to testify

11  thereto.

12    2.    I am an attorney at law duly licensed to practice before this Court.  I am

13  a member of the law firm of Cole|Huber LLP, formerly known as Cota, Cole &

14  Huber LLP (the "Cole firm"), counsel for the City in a variety of matters, which

15  included *Spicer v. W.A. Rasic Construction Company, Inc.  et al.*, San Bernardino

16  Superior Court No. CIVDS1711812 (*Spicer*).

17    3.    In early 2018, our office tendered the City's defense in the *Spicer* action

18  to Travelers Indemnity Company of Connecticut ("Travelers") under Travelers'

19  policy of insurance, DT22-CO-8670X247-TCT-16, to W.A. Rasic Construction Co.,

20  Inc.

21    4.    Travelers responded to the City's tender on June 22, 2018. Attached as

22  Exhibit 24 is a true and correct copy of the June 22, 2018 letter that we received in

23  response to the tender.

24    I declare under penalty of perjury that the foregoing is true and correct.

25    Executed this 10th day of May, 2021, at Ontario, California.

26

27    _____

28    Karen Feld

-2-

EXHIBIT 24



**Andrew Lopez**
**Claim Professional**
**Construction Claim**

Travelers
P.O. Box 6513
Diamond Bar, Ca 91765-8513

909-612-3109
909-612-3814 FAX

arlopez@travelers.com

June 22, 2018

Cota, Cole & Huber LLP
3401 Centrelake Drive, Suite 670
Ontario, California 91761
Attn: Dennis Cota

_Spicer v. W.A. Rasic Construction Company, et al._

| | | |
|---|---|---|
| **RE:** | **Claimant:** | Jay Spicer |
| | **Insured:** | W.A. RASIC CONSTRUCTION CO., INC. |
| | **Claim No.:** | CLR5444 |
| | **Date of Loss:** | August 15, 2016 |

Dear Mr. Cota,

This letter will serve to acknowledge receipt of your correspondence tendering the above-captioned claim and lawsuit on behalf of the City of Ontario (City) to the general liability policy for W.A. RASIC CONSTRUCTION CO., INC., (W.A. Rasic). We have reviewed the allegations in the complaint and the applicable policy provisions and have determined that THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT (Travelers) will defend and indemnify the City in this lawsuit, under a full reservation of rights. As you know, this loss stems from an alleged motor vehicle accident that occurred at or near the intersection of Grave Ave and G Street in the City of Ontario, CA. W.A. RASIC was under contract with Inland Empire Utilities Agency (IEUA) at the time of the loss.

After reviewing the coverages afforded under the policy issued by Travelers and the other available information, we have determined that Travelers will assume the defense and indemnification of the City, pursuant to the terms and conditions of the additional insured endorsement, form No. CG D3 16 11 11 contained in our insured's policy.

We have assigned the defense of this case to Timothy Lucas, Esq., and their office is located at 9191 Towne Centre Drive, Suite 190 San Diego, California 92122. The office telephone number is (858) 535-0700.

We realize you will likely dispute the allegations made by the plaintiff in this matter. By referring to those allegations in this letter, we do not mean to imply that any of them are true; however, we must refer to those allegations in determining any obligation we may have to the City under the applicable Travelers policy.

As you are aware, Plaintiff allege that Defendants W.A. Rasic and Inland so negligently supervised, performed work and selected, hired, engaged, and permitted other to perform work at or near the Subject intersection resulting in the creation of a dangerous, defective and unsafe condition.

It is also alleged that Defendants City and Inland and/or their management, administrators, designers, engineers, maintenance personnel, inspectors and/or other employees, staff, agents or contractors, acting within the course and scope of their duties and through negligent or wrongful acts or omissions, created, or allowed to be created, a dangerous condition under Government code section 835. The installation, maintenance, repair, operation and improperly and created a hazard, peculiar risk, trap and dangerous condition under the Government Code section 835.

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT issued a policy of insurance to W.A. RASIC. The policy number is DT22-CO-8670X247-TCT-16 and was effective 05/01/16 to 05/01/17. The date of loss for this claim falls within the policy period.  This policy carries a limit for each occurrence of $2,000,000.  The policy includes form CG D3 16 (11 11) entitled Contractors Xtend Endorsement. This form provides in pertinent part:

This endorsement modifies insurance provided under the following:

Commercial General Liability Coverage Part:

GENERAL LIABILITY COVERAGE PART

**GENERAL DESCRIPTION OF COVERAGE**

This endorsement broadens coverage. However, coverage for any injury, damage or medical expenses described in any of the provisions of this endorsement may be excluded or limited by another endorsement to this Coverage Part, and these coverage broadening provisions do not apply to the extent that coverage is excluded or limited by such an endorsement. The following listing is a general cover- age description only. Limitations and exclusions may apply to these coverages. Read all the provisions of this endorsement and the rest of your policy carefully to determine rights, duties, and what is and is not covered.

I.  Blanket additional insured – States or Political Subdivisions – Permits

The following is added to **SECTION II – WHO IS AN INSURED:**

Any state or political subdivision that has issued a permit in connection with operations performed by you or on your behalf and that you are required by any ordinance, law or building code to include as an additional insured on this Coverage Part is an insured, but only with respect to liability  for "bodily injury", "property damage",  "personal injury or "advertising injury" arising out of such operations.

The insurance provided to such state or political subdivision does not apply to:

   a.  Any "bodily injury," "property damage," "personal injury" or "advertising injury" arising out of  operations performed for that state or political subdivision; or

   b.  Any "bodily injury" or "property damage"  included in the  "products-completed  operations hazard."

Based on a review of the Encroachment Permit between IEUA and W.A. Rasic, and the language in this endorsement, again Travelers will accept the tender and defend the City under a reservation of rights. Travelers is not responsible for any damages that are not a direct result of our insured's work, or damages that result from the sole negligence or independent acts of the City. Further, any additional insured endorsement issued by an admitted or non-admitted insurer for the benefit of a public agency in connection with, collateral to, or affecting any construction contract to which the provisions of subdivision (b) of Section 2782 of the CA Civil Code apply, shall not provide any duty of indemnity coverage for the active negligence of the additional insured in any case where an agreement to indemnify the additional insured would be invalid under subdivision (b) of Section 2782 of the Civil Code.  In any case where a claim or loss encompasses the negligence of the original insured and the active negligence of the additional insured that is not covered because of this section, the insurer's obligation shall be limited to obligations permitted by this section.  According to this Civil Code, we cannot indemnify the City for its active negligence.

The Civil Code also relates directly to construction contracts.  Section 2782 states that except as provided in certain sections, provisions, clauses, covenants, or agreements contained in, collateral to, or affecting any construction contract and which purport to indemnify the promise against liability for damages for death or bodily injury to persons, injury to property, or any other loss, damage or expense arising from the sole negligence or willful misconduct of the promise of the promise's agents, servants or independent contractors who are directly responsible to such promise, or for defects in design furnished by such persons, are against public policy and are void and unenforceable; provided, however, that his provision shall not affect the validity of any insurance contract, workers' compensation or agreement issued by an admitted insurer as defined by the Insurance Code.  The Code goes on to say that provisions, clauses, covenants, or agreements contained in, collateral to, or affecting any construction contract with a public agency which purport to impose on the contractor, or relieve the public agency from, liability for the active negligence of the public agency shall be void and unenforceable.

Insurance Code Section 11580.04 states as follows:  Any additional insured endorsement issued by an admitted or non-admitted insurer for the benefit of a public agency in connection with, collateral to, or affecting any construction contract to which the provisions of subdivision (b) of Section 2782 of the Civil **Code** apply, shall not provide any duty of indemnity coverage for the active negligence of the additional insured in any case where an agreement to indemnify the additional insured would be invalid under subdivision (b) of Section 2782 of the Civil **Code**.  In any case where a claim or loss encompasses the negligence of the original insured and the active negligence of the additional insured that is not covered because of this section, the insurer's obligation shall be limited to obligations permitted by this section.  Any contract requirement that requires a promisor to procure **insurance** that is invalid under this section shall be invalid.

As we advised you at the beginning of this letter, our analysis of the coverages afforded under the policy issued by Travelers and the other available information, we have determined that Travelers will assume the defense of the City with a full reservation of rights.

You may have this matter and Travelers' coverage position reviewed by the California Department of Insurance. The address and phone number are:

> California Department of Insurance
> Consumer Communications Bureau
> 300 South Spring Street, South Tower
> Los Angeles, CA  90013
> (800) 927-4357

Traveler's coverage determination is based on the information made available to date. Should Travelers determine at any later date that there is no coverage or potential coverage under the policy for this claim, Travelers reserves the right to withdraw from the investigation, negotiation, defense, indemnification or any other representation.

Thank you for your courtesy and cooperation. Should you have any questions concerning this letter, or Traveler's coverage position in this matter, please feel free to call me.

Sincerely,


Andrew Lopez
Claim Professional
THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

1 | Robert D. Brugge, Bar No. 92532
  | rdb@kpclegal.com
2 | Barbara Ciolino, Bar No. 145730
  | bcm@kpclegal.com
3 | KNAPP, PETERSEN & CLARKE
  | 550 North Brand Boulevard, Suite 1500
4 | Glendale, California 91203-1922
  | Telephone:  (818) 547-5000
5 | Facsimile:  (818) 547-5329

6 | Attorneys for Plaintiff and Counter-defendant
  | THE CITY OF ONTARIO

7 |

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

10 |

11 | THE CITY OF ONTARIO, a California Municipality,

| NO.   5:20-cv-02279-JGB-SPx

12 |                          Plaintiff,

| Date:                    June 28, 2021
| Time:                    9:00 a.m.
| Ctrm:                    1

13 |

14 |          v.

| The Hon.:            Jesus G. Bernal
| Date Action Filed:  October 30, 2020
| Trial Date:          July 12, 2022

15 | ALLIED WORLD ASSURANCE COMPANY (U.S.), a Delaware Corporation; SECURITY NATIONAL INSURANCE COMPANY, a Delaware Corporation,

16 |

17 |                          Defendants.

| DECLARATION OF ROBERT D. BRUGGE IN SUPPORT OF THE CITY OF ONTARIO'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT AGAINST ALLIED WORLD ASSURANCE CO.

18 |

19 | ALLIED WORLD NATIONAL ASSURANCE COMPANY,

20 |                          Counter-claimant,

21 |

22 |          v.

23 | THE CITY OF ONTARIO,

24 |                          Counter-defendant.

25 | SECURITY NATIONAL INSURANCE COMPANY,

26 |

27 |                          Counterclaimant & Cross-Claimant,

28 |          v.

-1-

54

KNAPP,
PETERSEN
& CLARKE

4859962.1  06051/00002

| | | |
|---|---|---|
| 1 | THE CITY OF ONTARIO | ) |
| 2 | Counterdefendant, | ) |
| 3 | and ALLIED WORLD NATIONAL ASSURANCE COMPANY, | ) |
| 4 | | ) |
| 5 | Cross-defendant. | ) |

## DECLARATION OF ROBERT D. BRUGGE

I, Robert D. Brugge, declare as follows:

1.     I am an attorney at law duly licensed to practice before this Court.  I am a member of the law firm of Knapp, Petersen & Clarke, counsel of record for Plaintiff and Counter-defendant The City of Ontario (the "City") in this action, and make this declaration in support of the City's Motion for Summary Judgment or Partial Summary Judgment against Allied World Assurance Co. The following facts are within my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2.     Attached hereto as Exhibit 25, is a true and correct copy of the June 10, 2020 letter I received from Travelers Property Casualty Company of America in which it acknowledges Travelers' defense of the City and Travelers' tender of its $2,000,000 limits to Allied World Assurance Company (U.S.) ("Allied World") for Allied World's use in settling the claims arising from the August 15, 2016 accident. I am unaware of Travelers disputing coverage for the City.

Executed on this 18th day of May, 2021, at Glendale, California.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Robert D. Brugge

KNAPP,
PETERSEN
& CLARKE

-2-

4859962.1  06051/00002

EXHIBIT 25

Travelers Property Casualty Company Of America
PO Box 650293
Dallas, TX 75265-0293

06/10/2020

**Robert Brugge**
**Knapp Petersen Clark**
**550 N Brand Blvd Ste 1500**
**Glendale CA 91203-1922**

| | |
|---|---|
| **Insured:** | W.A. Rasic Construction Co., Inc. |
| **Claim Number:** | FEE5039 |
| **Claimant:** | Jay P Spicer |
| **Date of Loss:** | 08/15/2016 |

Dear Mr. Brugge,

We acknowledge receipt of your letter dated 06/10/2020. We are on notice of the Spicer claim. File CLR4834 is for the defense of WAR and IEUA under the primary policy, which I am handling. File CLR5444, referenced in your letter, is set up for the defense of the City. Andrew Lopez is the claim professional handling that file. This file, FEE5039 is set up for the Travelers excess policy over the Allied World policy. As you know, Travelers tendered the limit of its $2,000,000 underlying coverage, on behalf of WAR, the City and IEUA to Allied World for Allied's use in settling the claims arising from this accident.

Sincerely,

Paul Curran
Claim Professional, Construction
Direct: (949)224-5884
Office: (800)258-3710 Ext. 224-5884
Fax: (866)589-3412
Email: PCURRAN@travelers.com

FREEFORM