Robert D. Brugge, Bar No. 92532
rdb@kpclegal.com
Barbara Ciolino, Bar No. 145730
bcm@kpclegal.com
KNAPP, PETERSEN & CLARKE
550 North Brand Boulevard, Suite 1500
Glendale, California 91203-1922
Telephone: (818) 547-5000
Facsimile: (818) 547-5329

Attorneys for Plaintiff and Counter-defendant
THE CITY OF ONTARIO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| THE CITY OF ONTARIO, a California Municipality,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLIED WORLD ASSURANCE COMPANY (U.S.), a Delaware Corporation; SECURITY NATIONAL INSURANCE COMPANY, a Delaware Corporation,<br><br>    Defendants.<br><br>ALLIED WORLD NATIONAL ASSURANCE COMPANY,<br><br>    Counter-claimant,<br><br>    v.<br><br>THE CITY OF ONTARIO,<br><br>    Counter-defendant.<br><br>SECURITY NATIONAL INSURANCE COMPANY,<br><br>    Counter-claimant & Cross-claimant,<br><br>    v. | NO.   5:20-cv-02279-JGB-SPx<br><br>JUDGMENT, GRANTING IN PART AND DENYING IN PART, THE CITY OF ONTARIO AND ALLIED WORLD NATIONAL ASSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT |

-1-

|   |   |
|---|---|
| THE CITY OF ONTARIO | ) |
|     Counter-defendant, | ) |
| and ALLIED WORLD NATIONAL ASSURANCE COMPANY, | ) |
|     Cross-defendant. | ) |

This Court having entered its order [Dkt. 64] on September 30, 2021, granting-in-part and denying-in-part the motion for summary judgment of plaintiff and counter-defendant The City of Ontario (the "City") and granting-in-part and denying-in-part the motion for summary judgment of defendant and counter-claimant Allied World National Assurance Company, erroneously sued as Allied World Assurance Company (U.S.) ("Allied World"), these parties collectively submitted a proposed judgment. In addition, the City, Allied World, and defendant and counter-claimant and cross-defendant Security National Insurance Company ("Security National") stipulate to judgment as follows:

BASED ON THE ABOVE, IT HIS HEREBY ADJUDGED AND DECREED as follows:

1. The Order is adopted as the Court's order and judgment against the City and Allied World.

2. The City as an insured therefore enjoys a coverage limit of $25,000,000 under the Allied World Policy with respect to the claims asserted against the City in *Spicer v. W.A. Rasic Construction Company, Inc., et al.*, San Bernardino County Superior Court Case No. CIVDS1711812 (the "*Spicer Action*").

3. The City lacks standing to obtain declaratory relief as to whether Allied World must indemnify Rasic, before there is a determination on its cross-complaint for express indemnity against Rasic in the *Spicer Action;* and

///

///

-2-

4. The City's claims against defendant Security National, as well as Security National's counterclaims against the City and its cross-claims against Allied World, are hereby DISMISSED as moot.

Dated: November 30, 2021

The Hon. Jesus G. Bernal
United States District Judge